## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| WIRELESSWERX IP LLC,<br>    Plaintiff,<br><br>v.<br><br>ROADIE, INC.,<br>    Defendant. | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, WirelessWerx IP, LLC ("WirelessWerx" or "Plaintiff"), files this Original Complaint for Patent Infringement against Roadie, Inc. ("Roadie" or "Defendant"), and would respectfully show the Court as follows:

## PARTIES

1.      Plaintiff is a Texas limited liability company having an address located at 5900 Balcones Dr., Suite 100, Austin, Texas 78731.

2.      On information and belief, Defendant is a corporation organized and existing under the laws of Delaware.  Defendant has its principal office at 300 Peachtree St. Ste. CS2 #3055, Atlanta, GA 30308.

3.      Defendant has a regular and established place of business at 300 Peachtree St. Ste. CS2 #3055, Atlanta, GA 30308.

4.     Defendant can be served through its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808, at its place of business, or anywhere else it may be found.

5.     On information and belief, Defendant directly and/or indirectly develops, designs, manufactures, distributes, markets, offers to sell and/or sells infringing products and services in the United States, including in the Northern District of Georgia, and otherwise directs infringing activities to this District in connection with its products and services.

## JURISDICTION

6.     This civil action arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285 based on Defendant's unauthorized commercial manufacture, use, importation, offer for sale, and sale of the Accused Products in the United States. This is a patent infringement lawsuit over which this Court has subject matter jurisdiction under, *inter alia*, 28 U.S.C. §§ 1331, 1332, and 1338(a).

7.     This United States District Court for the Northern District of Georgia has general and specific personal jurisdiction over Defendant because, directly or through intermediaries, Defendant has committed acts within this District giving rise to this action and are present in and transact and conduct business in and with residents of this District and the State of Georgia.

2

8.      Plaintiff's causes of action arise, at least in part, from Defendant's contacts with and activities in this District and the State of Georgia.

9.      Defendant has committed acts of infringing the Patent-in-Suit within this District and the State of Georgia by making, using, selling, offering for sale, and/or importing in or into this District and elsewhere in the State of Georgia, products claimed by the Patent-in-Suit, including without limitation products made by practicing the claimed methods of the Patent-in-Suit. Defendant, directly and through intermediaries, makes, uses, sells, offers for sale, imports, ships, distributes, advertises, promotes, and/or otherwise commercializes such infringing products into this District and the State of Georgia. Defendant regularly conducts and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of Georgia.

10.      Personal jurisdiction exists over Defendant because Defendant has minimum contacts with this forum as a result of business regularly conducted within the State of Georgia and within this district, and, on information and belief, specifically as a result of, at least, committing the tort of patent infringement within Georgia and this District.  This Court has personal jurisdiction over Defendant, in part, because Defendant does continuous and systematic business in this District, including by providing infringing products and services to the residents of the

Northern District of Georgia that Defendant knew would be used within this District, and by soliciting business from the residents of the Northern District of Georgia. For example, Defendant is subject to personal jurisdiction in this Court because, *inter alia*, Defendant has regular and established places of business throughout this District, including at least at 300 Peachtree St. Ste. CS2 #3055, Atlanta, GA 30308, and directly and through agents regularly does, solicits, and transacts business in the Northern District of Georgia. Also, Defendant has hired and is hiring within this District for positions that, on information and belief, relate to infringement of the Patent-in-Suit.  Accordingly, this Court's jurisdiction over the Defendant comports with the constitutional standards of fair play and substantial justice and arises directly from the Defendant's purposeful minimum contacts with the State of Georgia.

11.    This Court also has personal jurisdiction over Defendant, because in addition to Defendant's online website and advertising within this District, Defendant has also made its products available within this judicial district and advertised to residents within the district to hire employees to be located in this District.

12.    The amount in controversy exceeds $75,000 exclusive of interests and costs.

13.    Venue is proper in this Court under 28 U.S.C. § 1400(b) based on information set forth herein, which is hereby repeated and incorporated by reference. Further, upon information and belief, Defendant has committed or induced acts of infringement, and/or advertise, market, sell, and/or offer to sell products, including infringing products, in this District. In addition, and without limitation, Defendant has regular and established places of business throughout this District, including at least at 300 Peachtree St. Ste. CS2 #3055, Atlanta, GA 30308.

## **THE PATENT-IN-SUIT**

14.    On January 29, 2008, U.S. Patent No. 7,323,982, entitled "Method and System to Control Movabel Entities" was duly and legally issued by the U.S. Patent and Trademark Office.  Wireless Werx owns the '982 patent by assignment.  The '982 patent relates to a novel and improved methods and systems for controlling an entity having an attached transponder in a defined geographical zone with a plurality of waypoints, each waypoint defined by a geographical coordinate and a radius originating from the geographical coordinate.[1]

15.    The '982 Patent is referred to herein as the "Patent-in-Suit."

16.    Plaintiff WirelessWerx is the owner of the entire right, title, and interest in and to the Patent-in-Suit. The Patent-in-Suit is presumed valid under 35 U.S.C. § 282.

---

[1] Ex. A, U.S. Pat. No. 7,323,982 ("the '982 patent") at Abstract.

## PATENT INFRINGEMENT OF THE '982 PATENT

17.  Plaintiff restates and realleges the preceding paragraphs of this Complaint as if fully set forth herein.

18.  Defendant has, under 35 U.S.C. §271(a), directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more of claims 1-16, including without limitation at least claim 1 of the '982 Patent, by making, using, testing, selling, offering for sale and/or importing into the United States Defendant's Accused Products.

19.  On information and belief, Defendant has made no attempt to design around the claims of the '982 Patent.

20.  On information and belief, Defendant did not have a reasonable basis for believing that the claims of the '982 Patent were invalid.

21.  On information and belief, Defendant's Accused Products are available to businesses and individuals throughout the United States and in the State of Georgia, including in this District.

22.  WirelessWerx has been damaged as the result of Defendant's infringement.

23.  The claim chart attached hereto as **Exhibit B** describes how the elements of an exemplary claim 1 from the '982 Patent are infringed by the Accused Products. This provides details regarding only one example of Defendant's

infringement, and only as to a single patent claim. Plaintiff reserves its right to amend and fully provide its infringement arguments and evidence thereof until its Preliminary and Final Infringement Contentions are later produced according to the court's scheduling order in this case. Defendant maintains, operates, and administers systems, products, and services in the field of wireless control that infringes one or more of claims 1-61 of the '982 patent, literally or under the doctrine of equivalents. Defendant put the inventions claimed by the '982 Patent into service (i.e., used them); but for Defendant's actions, the claimed-inventions embodiments involving Defendant's products and services would never have been put into service. Defendant's acts complained of herein caused those claimed-invention embodiments as a whole to perform, and Defendant's procurement of monetary and commercial benefit from it.

24.     Defendant has and continues to induce infringement from at least the filing date of the lawsuit. Defendant has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services and related services that provide question and answer services across the Internet such as to cause infringement of one or more of claims 1-61 of the '982 patent, literally or under the doctrine of equivalents. Defendant, from at least the filing date of the lawsuit, has continued to encourage and instruct others on how to use the products showing specific intent.

Moreover, Defendant has known of the '982 patent and the technology underlying it from at least the filing date of the lawsuit.[2]  For clarity, direct infringement is previously alleged in this complaint.

25.     Defendant has and continues to contributorily infringe. Defendant has actively encouraged or instructed others (e.g., its customers and/or the customers of its related companies), and continues to do so, on how to use its products and services (e.g., ., instructing customers and others on the use of systems and method to wirelessly control systems through its website and product instruction manuals) such as to cause infringement of one or more of 1-61 of the '982  patent, literally or under the doctrine of equivalents. Moreover, Defendant has known of the '982 patent and the technology underlying it from at least the filing date of the lawsuit.[3] For clarity, direct infringement is previously alleged in this complaint.  The product's and services' only reasonable use is an infringing use and there is no evidence to the contrary.  The product and service is not a staple commercial product and Defendant had reason to believe that the customer's use of the product and/or service would be an   infringing   use.     As   shown   on   Defendant's   website   at https://www.roadie.com/delivery-solutions/roadie-xd-delivery, Defendant offers the

---

[2] Plaintiff reserves the right to amend and add inducement pre-suit if discovery reveals an earlier date of knowledge.
[3] Plaintiff reserves the right to amend if discovery reveals an earlier date of knowledge.

products and/or service with instruction or advertisement that suggests an infringing use.

26.    Defendant has caused and will continue to cause Plaintiff damage by direct and indirect infringement of (including inducing infringement of) the claims of the '982 patent.

## CONDITIONS PRECEDENT

27.    Plaintiff has never sold a product.   Upon information and belief, Plaintiff predecessor-in-interest has never sold a product.   Plaintiff is a non-practicing entity, with no products to mark.   Plaintiff has pled all statutory requirements to obtain pre-suit damages.   Further, all conditions precedent to recovery are met.   Under the rule of reason analysis, Plaintiff has taken reasonable steps to ensure marking by any licensee producing a patented article.

28.    Plaintiff and its predecessors-in-interest have entered into settlement licenses with several defendant entities, but none of the settlement licenses were to produce a patented article, for or under the Plaintiff's patents. Duties of confidentiality prevent disclosure of settlement licenses and their terms in this pleading but discovery will show that Plaintiff and its predecessors-in-interest have substantially complied with Section 287(a). Furthermore, each of the defendant entities in the settlement licenses did not agree that they were infringing any of Plaintiff's patents, including the Patents-in-Suit, and thus were not entering into the

settlement license to produce a patented article for Plaintiff or under its patents. Further, to the extent necessary, Plaintiff will limit its claims of infringement to method claims and thereby remove any requirement for marking.

29.    To the extent Defendant identifies an alleged unmarked product produced for Plaintiff or under Plaintiff's patents, Plaintiff will develop evidence in discovery to either show that the alleged unmarked product does not practice the Patents-in-suit and that Plaintiff has substantially complied with the marking statute. Defendant has failed to identify any alleged patented article for which Section 287(a) would apply.  Further, Defendant has failed to allege any defendant entity produce a patented article.

30.    The policy of § 287 serves three related purposes: (1) helping to avoid innocent infringement; (2) encouraging patentees to give public notice that the article is patented; and (3) aiding the public to identify whether an article is patented. These policy considerations are advanced when parties are allowed to freely settle cases without admitting infringement and thus not require marking.  All settlement licenses were to end litigation and thus the policies of §287 are not violated.  Such a result is further warranted by 35 U.S.C. §286 which allows for the recovery of damages for six years prior to the filing of the complaint.

31.    For each previous settlement license, Plaintiff understood that (1) the settlement license was the end of litigation between the defendant entity and Plaintiff

and was not a license where the defendant entity was looking to sell a product under any of Plaintiff's patents; (2) the settlement license was entered into to terminate litigation and prevent future litigation between Plaintiff and defendant entity for patent infringement; (3) defendant entity did not believe it produced any product that could be considered a patentable article under 35 U.S.C. §287; and, (4) Plaintiff believes it has taken reasonable steps to ensure compliance with 35 U.S.C. §287 for each prior settlement license.

32.    Each settlement license that was entered into between the defendant entity and Plaintiff was negotiated in the face of continued litigation and while Plaintiff believes there was infringement, no defendant entity agreed that it was infringing.  Thus, each prior settlement license reflected a desire to end litigation and as such the policies of §287 are not violated.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff WirelessWerx respectfully requests the following relief:

1.    A judgment that Defendant has directly infringed either literally and/or under the doctrine of equivalents and continue to directly infringe the Patent-in-Suit;

2.    A judgment and order requiring Defendant to pay Plaintiff damages under 35 U.S.C. § 284 including past damages based on, *inter alia*, any

necessary compliance with 35 U.S.C. §287, and supplemental damages for any continuing post-verdict infringement through entry of the final judgment with an accounting as needed;

3.     A judgment that this is an exceptional case within the meaning of 35 U.S.C. § 285 and Plaintiff is therefore entitled to reasonable attorneys' fees;

4.     A judgment and order requiring Defendant to pay Plaintiff pre-judgment and post-judgment interest on the damages awarded;

5.     declare Defendant's pre lawsuit infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284 if Plaintiff proves that the infringement was deliberate or intentional;

6.     declare Defendant's post lawsuit infringement to be willful and treble the damages, including attorneys' fees, expenses, and costs incurred in this action and an increase in the damage award pursuant to 35 U.S.C. § 284;

7.     a decree addressing future infringement that either (if) awards a permanent injunction enjoining Defendant and its agents, servants, employees, affiliates, divisions, and subsidiaries, and those in

association with Defendant from infringing the claims of the Patent-in-suit, or (ii) awards damages for future infringement in lieu of an injunction in an amount consistent with the fact that for future infringement the Defendant will be an adjudicated infringer of a valid patent, and trebles that amount in view of the fact that the future infringement will be willful as a matter of law; and,

8. such other and further relief as the Court deems just and equitable.

## JURY TRIAL DEMANDED

Pursuant to FED. R. CIV. P. 38, Plaintiff WirelessWerx hereby demands a trial by jury on all issues so triable.

Respectfully submitted this 16th day of October 2024,

| | |
|---|---|
| **THE DUCOS LAW FIRM, LLC** | **Ramey LLP** |
| Alexander Shunnarah Trial Attorneys, of Counsel | |
| | */s/ William P. Ramey, III* |
| */s/ Kristina Ducos* | William P. Ramey, III |
| Kristina Ducos | Texas Bar No. 24027643 |
| Georgia State Bar No. 440149 | wramey@rameyfirm.com |
| 600 Peachtree Street NE, Suite 2210 | Jeffrey E. Kubiak |
| Atlanta, Georgia 30308 | Texas Bar No. 24028470 |
| (404) 469-9574 (telephone) | jkubiak@rameyfirm.com |
| (470) 220-5130 (fax) | 5020 Montrose Blvd., Suite 800 |
| | Houston, Texas 77006 |
| & | (713) 426-3923 (telephone) |
| | (832) 900-4941 (fax) |
| | ***Attorneys for WirelessWerx IP, LLC*** |

# EXHIBIT A

US007323982B2

(12) **United States Patent**
Staton et al.

(10) Patent No.: **US 7,323,982 B2**
(45) Date of Patent: **Jan. 29, 2008**

(54) **METHOD AND SYSTEM TO CONTROL MOVABLE ENTITIES**

(75) Inventors: **Houston Staton**, Torres Mercedes Piso (CR); **James Ashley, Sr.**, Anaheim, CA (US); **James Ashley, Jr.**, Norco, CA (US); **Frank Mooney**, Brea, CA (US); **Patrick Mooney**, Brea, CA (US); **Edward Lang**, Diamond Bar, CA (US); **Charles Maggs**, Costa Mesa, CA (US); **German Santos**, Anaheim Hills, CA (US)

(73) Assignee: **Wirelesswerx International, Inc.**, Urbanizacion Marbella (PA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 260 days.

(21) Appl. No.: **11/105,932**

(22) Filed: **Apr. 13, 2005**

(65) **Prior Publication Data**

US 2006/0109107 A1      May 25, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/625,467, filed on Nov. 5, 2004.

(51) **Int. Cl.**
*G08B 1/08*          (2006.01)

(52) **U.S. Cl.** ........................... **340/539.13**; 340/539.26; 340/573.4; 340/825.49; 340/5.92; 340/10.1; 340/572.1; 340/572.4; 455/456.1; 455/456.4; 701/200; 701/206; 701/208

(58) **Field of Classification Search** ........... 340/539.13, 340/539.26, 573.4, 825.49, 5.92, 10.1, 572.1, 340/572.4; 455/456.1, 456.4; 701/200, 701/206, 208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,518,674 | A | 6/1970 | Moorhead et al. |
| 3,772,668 | A | 11/1973 | Smith |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19960219 | 7/2001 |

(Continued)

OTHER PUBLICATIONS

International Search Report for International Application No. PCT/US2005/037529 Dated Mar. 6, 2006.

(Continued)

*Primary Examiner*—Tai Nguyen
(74) *Attorney, Agent, or Firm*—Greenberg Traurig LLP

(57) **ABSTRACT**

A method to wirelessly control an entity having an attached transponder is disclosed. A geographical zone is defined. The geographical zone can be defined by allowing a user to define and load to a transponder a plurality of waypoints, each waypoint defined by a geographical coordinate and a radius originating from the geographical coordinate. The geographical zone can also be defined by selecting a plurality of coordinates that are loaded to a transponder and mapped on a pixilated image. The microprocessor in the transponder is programmed to determine the occurrence of an event associated with the status of the entity in relation to the geographical zone. Finally, the microprocessor is configured to execute a configurable operation if the event occurs.

**61 Claims, 25 Drawing Sheets**



**US 7,323,982 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,217,588 A | 8/1980 | Freeny, Jr. |
| 4,224,596 A | 9/1980 | Knickel |
| 4,688,026 A | 8/1987 | Scribner et al. |
| 4,884,208 A | 11/1989 | Marinelli et al. |
| 5,142,281 A | 8/1992 | Park |
| 5,365,516 A | 11/1994 | Jandrell |
| 5,627,517 A | 5/1997 | Theimer et al. |
| 5,917,405 A | 6/1999 | Joao |
| 6,009,330 A * | 12/1999 | Kennedy et al. ............ 455/445 |
| 6,014,089 A | 1/2000 | Tracy et al. |
| 6,055,426 A * | 4/2000 | Beasley ................... 455/432.1 |
| 6,236,358 B1 | 5/2001 | Durst et al. |
| 6,496,575 B1 | 12/2002 | Vasell et al. |
| 6,509,830 B1 | 1/2003 | Elliot |
| 6,617,969 B2 | 9/2003 | Tu et al. |
| 6,674,368 B2 | 1/2004 | Hawkins et al. |
| 6,717,513 B1 | 4/2004 | Sandelman et al. |
| 6,812,824 B1 | 11/2004 | Goldinger et al. |
| 2001/0040513 A1 | 11/2001 | McDonald |

| | | |
|---|---|---|
| 2002/0147006 A1 | 10/2002 | Coon et al. |
| 2003/0149526 A1 | 8/2003 | Zhou et al. |
| 2003/0163287 A1 | 8/2003 | Vock et al. |
| 2004/0201454 A1 | 10/2004 | Waterhouse et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0915398 | 5/1999 |
| EP | 1345148 | 9/2003 |
| GB | 2369966 | 6/2002 |
| WO | WO0041428 | 7/2000 |
| WO | WO0135190 | 5/2001 |
| WO | WO0146926 | 6/2001 |
| WO | WO0163318 | 8/2001 |
| WO | WO03049060 | 6/2003 |

OTHER PUBLICATIONS

International Search Report for International Application No. PCT/US2005/037526 Dated Apr. 25, 2006.

* cited by examiner



*FIG. 1A*



*FIG. 1B*



*FIG. 2*





FIG. 4A


400

**Configuration Utility**

File   Geo-Fencing   Default Settings   Help

**TrakLITE Identification: 100073 (00257T)**

| Modem Configuration | Inputs/Outputs | Events | I/O and Event Settings |

402

403   404   405

Modem Connection String                    *99***1#

APN                                         INTERNET2.VOICESTREAM.COM

SIM card password                           0000

Authentication

ID   TEST_ID                    Password   TEST_PW

Destination

IP Address   067.112.166.082   Port Number   5098

GPRS Quality of Service

Required   0,0,0,0,0

Minimum   0,0,0,0,0

| Update |   | Next Board |   | Close |

Status: Modify values or turn off board

*FIG. 4B*



FIG. 4C

FIG. 4D

Case 1:24-cv-04709-ELR   Document 1   Filed 10/16/24   Page 25 of 65



FIG. 4E



FIG. 4F



FIG. 4G





*FIG. 5A*





*FIG. 5B*



*FIG. 6*

176



710
711
712
713

*FIG. 7A*

Case 1:24-cv-04709-ELR   Document 1   Filed 10/16/24   Page 32 of 65

176 —



722

720

721

*FIG. 7B*

176 ⟶



**740**

**741**

**742**

*FIG. 7C*

176





*FIG. 7D*





FIG. 8

173



910

920

940

*FIG. 9A*

173



*FIG. 9B*

173 



*FIG. 9C*

174



*FIG. 10A*

Case 1:24-cv-04709-ELR   Document 1   Filed 10/16/24   Page 40 of 65

174 



*FIG. 10B*

1100 —



*FIG. 11*

US 7,323,982 B2

1

# METHOD AND SYSTEM TO CONTROL MOVABLE ENTITIES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of the prior filing date of U.S. provisional patent application No. 60/625,467, filed Nov. 5, 2004, herein incorporated by reference in its entirety. This application is related to U.S. Utility Patent Application Ser. No. 11/105,931, filed on Apr. 13, 2005, entitled "METHOD AND SYSTEM TO CONFIGURE AND UTILIZE GEOGRAPHICAL ZONES"; and U.S. Utility Patent Application Ser. No. 11/105,621 filed on Apr. 13, 2005, entitled "METHOD AND SYSTEM TO MONITOR MOVABLE ENTITIES"; both of which have been filed concurrently and are incorporated by reference in its entirety.

## FIELD OF THE DISCLOSURE

The disclosure relates to controlling movable entities. In particular, it relates to systems and methods to remotely control and monitor movable entities functions and positioning data in relation to pre-configured geographical zones.

## BACKGROUND OF THE DISCLOSURE

Vehicle tracking systems have become increasingly popular and more economically accessible to businesses and individuals. Most tracking locator systems utilize ground positioning system (GPS) technology. GPS vehicle tracking systems have diverse applications such as cargo transportation, public transportation, personal tracking, investigations of enforcement agencies, and others.

In fleet management, GPS vehicle tracking systems allow increasing fleet efficiency, reducing operating costs such as fuel costs, and supervising the correct operation of deliveries, pick-ups, and routes associated with fleet operation.

In personal tracking, individuals use GPS vehicle tracking information to obtain the shortest or fastest path to a destination, their current location in relation to another location, etc. Furthermore, personal tracking systems allow users to track vehicles that have been entrusted to another person. Likewise, enforcement agencies may use GPS vehicle tracking systems to locate patrol vehicles as well as to recover stolen vehicles.

While current GPS vehicle tracking systems provide benefits such as increased productivity and safety, these benefits are yet to be maximized. Current systems are limited to relaying the GPS information to a control center or a web server and plotting the position of the vehicle on a computer map.

## SUMMARY OF THE DISCLOSURE

The present disclosure provides a system and method that allows a user to control vehicles and other moving entities by using preconfigured geographical zones.

In one aspect, there is a method to wirelessly control an entity having an attached transponder. A plurality of coordinates is loaded from a computing device to the transponder's memory. A microprocessor of a transponder is programmed to define a geographical zone by creating an enclosed area on a pixilated image using said plurality of coordinates, wherein said enclosed area is representative of a geographical zone. The microprocessor is programmed to

2

determine the occurrence of an event associated with the status of the entity in relation to the geographical zone. Finally, the microprocessor is configured to execute a configurable operation if the event occurs. The entity can be a vehicle, a vessel, a craft, a boat, a helicopter, or a plane. In another aspect, the status of the entity is based upon movement of the entity, position of the entity or non-movement of the entity.

In another aspect, the geographical zone represented in the pixilated image is formed by assigning each coordinate to a pixel and configuring the distance between each assigned pixel. Furthermore, the enclosed area can be created by connecting a plurality of assigned pixels by lines, wherein a series of contiguous and connected lines enclose an area in the pixilated image and wherein said pixels that lie on the lines are turned on in order to form a contiguous array of pixels that enclose a shape in the pixilated image.

In another aspect, the event can be leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

In another aspect, the configurable operation can be turning on an ignition to the entity, turning off the ignition to the entity, increasing speed of the entity, decreasing speed of the entity, regulating the engine temperature level, regulating the internal temperature level, locking a door or latch of the entity, unlocking of a door or latch of the entity, opening a window of the entity, closing of a window of the entity, turning on a light indicator, change tire air pressure, turning on an alarm, or turning off an alarm.

In another aspect, the occurrence of an event is determined by receiving electrical inputs by the microprocessor and utilizing computational logic to calculate whether logical conditions are fulfilled based on the electrical inputs. The occurrence of an event can also be determined by utilizing computational logic to calculate whether logical conditions are fulfilled.

In yet another aspect, the microprocessor in the transponder can be programmed to determine the occurrence of an event comprises electrically connecting the microprocessor to at least one electrical input associated to the entity. The electrical input can connect to an ignition of the entity, a speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity.

In another aspect, the method of wirelessly control an entity having an attached transponder further comprises communicating at least one event message from the tran-

<table>
<tr><td>3</td><td>4</td></tr>
</table>

sponder to a central computer using a communications network, the at least one event message including data representative of the occurrence of the event. The communications network can be a cellular communications network, satellite communications network, short range radio or a short message service network. The event can be leaving or entering an area covered by a communications network. The configurable operation can be switching communication from a first communications network to a second communications network.

In one aspect, there is a method to wirelessly control an entity having an attached transponder. The method comprises defining a geographical zone using a plurality of waypoints, wherein each waypoint is defined by a geographical coordinate and a radius originating from the geographical coordinate, loading from a computing device to the transponder's memory a plurality of waypoints, programming a microprocessor in the transponder to determine the occurrence of an event associated with the status of the entity in relation to the geographical zone, and configuring the microprocessor to execute a configurable operation if the event occurs.

In one aspect, there is a method to wirelessly control an entity having an attached transponder. The method comprises using a computing device to identify a geometrical area using at least two coordinate attributes, wherein said geometrical area is divided into a grid having at least one section, defining a geographical zone by selecting within the grid the at least one section representative of a desired area and correlating at least one section into a pixilated computer image by associating at least one section to a pixel, loading said pixilated computer image into a memory of the attached transponder, programming a microprocessor in the attached transponder to determine the occurrence of an event associated with the status of the entity in relation to the geographical zone, and configuring the microprocessor to execute a configurable operation if the event occurs.

In one aspect, there is a method to wirelessly control an entity having an attached transponder. The method comprises, loading from a computing device to the transponder's memory a plurality of coordinates, programming a microprocessor of a transponder to define a geographical zone by creating an enclosed area on a pixilated image using said plurality of coordinates, wherein said enclosed area is representative of a geographical zone, and programming a microprocessor in the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with the status of the entity in relation to the geographical zone.

In one aspect, the configurable operation is turning on an ignition to the entity, turning off the ignition to the entity, increasing speed of the entity, decreasing speed of the entity, regulating the engine temperature level, regulating the internal temperature level, locking a door or latch of the entity, unlocking of a door or latch of the entity, opening a window of the entity, closing of a window of the entity, turning on a light indicator, changing a tire air pressure, turning on an alarm, or turning off an alarm.

In another aspect, the command is a request for a time and a corresponding location of the occurrence of a previous event. In another aspect, the command is a request for a speed and direction of the entity, or a request for a state of any assigned inputs or outputs. In another aspect, the command is a request of firmware version, a request of passenger count, a request of satellite communication status, a request of satellite position and velocity of the entity, a request of satellite odometer, or a request for vehicle diagnostics.

In yet another aspect the command is a configuration command that configures timed reporting, sets an odometer, uploads new firmware, configures excess speed, configures excessive idle event, enables cellular communication, or enables short-range radio messaging.

In one aspect, the microprocessor is electrically connected to at least one electrical input associated to the entity. An electrical input connects to an ignition of the entity, an speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity.

In one aspect, at least one event message is communicated from the transponder to a central computer using a communications network, the at least one event message including data representative of the occurrence of the event. The communications network is a cellular communications network, satellite communications network, short-range radio or a short message service network. The command comprises a request to switch communication from a first communications network to a second communications network.

In one aspect, there is method to wirelessly control an entity having an attached transponder. A geographical zone is defined using a plurality of waypoints, wherein each waypoint is defined by a geographical coordinate and a radius originating from the geographical coordinate. A plurality of waypoints is loaded from a computing device to the transponder's memory. Next, a microprocessor in the transponder is programmed to execute a configurable operation upon receiving a command from a control center, the command being associated with the status of the entity in relation to the geographical zone.

In one aspect, there is a method to wirelessly control an entity having an attached transponder. The method comprises using a computing device to identify a geometrical area using at least two coordinate attributes, wherein said geometrical area is divided into a grid having at least one section, defining a geographical zone by selecting within the grid the at least one section representative of a desired area and correlating at least one section into a pixilated computer image by associating at least one section to a pixel, loading said pixilated computer image into the transponder's memory, and programming a microprocessor in the transponder to execute a configurable operation upon receiving a command from a control center, the command being associated with the status of the entity in relation to the geographical zone.

In another aspect, there is a system to wirelessly control an entity having an attached transponder. The system has a transponder having a memory module coupled to a microprocessor, the microprocessor being configured to execute a configurable operation upon the occurrence of an event associated with the movement of the entity in relation to a geographical zone, wherein the occurrence of the event is dependent on movement of the entity relative to the geographical zone, wherein the transponder has data representative of the geographical zone in the memory module, wherein the transponder has a communications modem to communicate to a communications network, and a ground position system receiver that relays ground positioning data to the microprocessor. Further, the system also has a central computer that communicates with the transponder through the communications network, the central computer receives event messages from the transponder upon the occurrence of an event.

5

In another aspect, there is a transponder to control and monitor an entity and movement of the entity. The transponder has a microprocessor coupled to a memory module, the microprocessor being configured to execute a configurable operation upon the occurrence of an event associated with the movement of the entity in relation to a geographical zone, wherein the occurrence of the event is dependent on movement of the entity relative to the geographical zone, wherein data representative of the geographical zone is loaded on the memory module. A communications modem to communicate to a communications network and a ground position system receiver that relays ground-positioning data to the microprocessor are also connected to the transponder. The communications modem can be a cellular communications modem.

In another aspect, the transponder includes electrical inputs connected to an ignition of the entity, a speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity. The transponder can also include electrical outputs connected to a light source, an ignition of the entity, a lock control device, or a door latch.

BRIEF DESCRIPTION OF THE DRAWINGS

By way of example, reference will now be made to the accompanying drawings.

FIG. **1** illustrates the high-level architecture of a computer system for controlling and monitoring vehicles.

FIG. **2** illustrates a component layout of a transponder used in a system for controlling and monitoring vehicles.

FIG. **3A** illustrates a view of the front exterior of the transponder used in a system for controlling and monitoring vehicles.

FIG. **3B** illustrates a view of the back exterior of the transponder used in a system for controlling and monitoring vehicles.

FIG. **3C** illustrates a multiple pin connector included on the transponder.

FIG. **4A** illustrates a window of the transponder configuration application where the modem is being detected.

FIG. **4B** illustrates a window of the transponder configuration application where the user may select parameters to configure the modem.

FIG. **4C** illustrates a window of the transponder configuration application where the user may select parameters to configure multiple inputs and outputs.

FIG. **4D** illustrates a window of the transponder configuration application where the user may select parameters to configure multiple logical and physical events.

FIG. **4E** illustrates a window of the transponder configuration application where the user may select parameters to configure multiple inputs and features.

FIG. **4F** illustrates a window of the transponder configuration application where the user may select parameters to configure multiple inputs and features.

FIG. **4G** illustrates a window of the transponder configuration application where the user may select parameters to configure multiple inputs and features.

FIG. **5A** illustrates a pixel map of a zone.

FIG. **5B** illustrates a pixel map of a geographical zone.

FIG. **6** illustrates a component diagram of a backend control system.

FIG. **7A** illustrates a screenshot of an instance of a client console.

6

FIG. **7B** illustrates a screenshot of an instance of a client console.

FIG. **7C** illustrates a screenshot of an instance of a client console.

FIG. **7D** illustrates a screenshot of an instance of a client console.

FIG. **8** illustrates a screenshot of an instance of the administrator console.

FIG. **9A** illustrates a screenshot of an instance of the operations data processor.

FIG. **9B** illustrates a screenshot of an instance of the operations data processor.

FIG. **9C** illustrates a screenshot of an instance of the operations data processor.

FIG. **10A** illustrates a screenshot of an instance of the history data processor.

FIG. **10B** illustrates a screenshot of an instance of the history data processor.

FIG. **11** illustrates a screenshot of an instance of a disable transponder processor.

DETAILED DESCRIPTION

Asset management and monitoring devices that use ground positioning systems allow users to track the position of vehicles and cargo and other entities. The method and system described below utilizes a transponder that communicates over cellular and satellite communication networks in combination with GPS positioning satellites capable of providing position and status information on a global scale. The transponder allows interaction with and control of a wide range of peripheral devices, including operating according to preconfigured geographical zones and events.

A transponder can be mounted, attached, manufactured, or otherwise included upon/in various articles or entities. Such articles or entities may include vehicles, aircraft, cargo, persons, animals, or any other item where tracking its movement and/or location is beneficial. Within the context of the tracking system, the transponder works to collect, process, and communicate information about the article or entity to which the transponder is attached. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or entity.

The transponder has the features, flexibility, and capability of an intelligent device. The transponder contains an at least 32-bit processor which can interface with at least one modem (cellular, satellite, and others), at least one Global Positioning System (GPS) receiver, at least one memory module, and other peripheral devices. Other components of the transponder may include, but are not limited is at least one GPS antenna, at least one modem antenna, at least one serial port for communication and configuration, at least one multiple connector pin which contains at least one input and at least one output. These inputs and outputs are configurable to be associated with a configurable event or configurable operation.

The transponder can include many different combinations of the components listed above and similar components. For example, a transponder may have two modems wherein one modem is a satellite modem and one modem is a cellular modem. Additionally, a transponder could also contain a Bluetooth receiver in combination with the other components. The components of the transponder depend upon which capabilities the user requires.

Among its many capabilities, the central processing unit of the transponder can be configured to manage configurable events or configurable operations. Managing events means

US 7,323,982 B2

7

that among other capabilities, the transponder can report, observe, recognize, process, and analyze numerous configurable events or configurable operations , give and respond to various commands, effectuate numerous events in its local installation, and contain a history recording component.

The event message triggered by physical and logical events include the event message itself and such information includes latitude, longitude, speed, direction, time, state of all the inputs, state of all outputs, odometer, event reason or source, and any other relevant information concerning the entity.

The transponder is configurable to include as few or as many configurable logical events or physical events as the user desires. Events may be physical or logical. Logical events may be based on rules using a combination of the GPS position and one other factor such as time or speed. However, Logical events can be based upon a combination of factors. Physical events are those events which are physically manifested in the vehicle or object.

Configurable events or configurable operations refer to those actions that the CPU in the transponder will execute. Configurable events or configurable operations include, but are not limited to, the turning on or off of an ignition to a vehicle; the temperature level or change thereof; the fuel tank level or change thereof; the pressing of a button or level within a vehicle, wherein the button is associated with an emergency event; locking or unlocking of a door or latch, the opening or closing of a window, turning on or off of a LED signal light, the turning on or off of various relays, the turning on or off of an alarm; the change of the power level of the battery; a bar code scanned by a connected scanner; passenger loading or unloading; cargo loading or unloading; vehicle part malfunction; vehicle diagnostics code received; impact detected; airbag deployed; seatbelts latched/unlatched; tire air pressure high/low; and other mechanisms in the vehicle or object.

Other configurable events or configurable operations include the location of the vehicle or object in terms of latitude, longitude, and/or altitude; the time and corresponding location of the last configurable event reported; the speed and direction of the vehicle or object, the state of any assigned inputs or outputs or change thereof; a pre-selected distance; a pre-selected time interval; pre-selected intervals based upon date and time reference; a pre-selected schedule for reporting and recording any of the configurable events or configurable operations; a pre-selected maximum speed; maximum acceleration; length of idle for a vehicle; length of non movement for an object.

Additional configurable events or configurable operations include the entering or exiting of a pre-set waypoint or a pre-set zone. A waypoint is a circular area defined by a geographical center point and radius. The area defined by the waypoint is configurable by changing the radius and the position of the geographical center point. A zone is an irregular region defined by a series of line segments enclosing an area.

The configurable events or configurable operations or combinations thereof can be processed in order to transmit a specific message, respond to a specific query or command, enable or disable a specific mechanism, or recognize a specific event. For example, the CPU can be configured to process that at if at a pre-selected time the vehicle or object has not moved a pre-selected distance, then the transponder is sent a command to turn off the ignition of the vehicle or otherwise alter the article.

The configurable events or configurable operations occur in many situations. These situations include, but are not

8

limited to where configurable events or configurable operations occur in response to a command; where configurable events or configurable operations occur in response to a query, or where configurable or configurable operations events occur upon recognition of pre-selected conditions.

Configurable boundaries or geographical zones can also be used and are configurable to any shape the user desires. For example, the boundary or zone can trace the border of a state line or trace the route of a selected highway or path. The boundary or zone can trace the border of the premises of a school zone, a no-fly zone, a city, etc. The boundary or zone can also be a geometric shape or non-geometric shape. A further benefit of the present disclosure is that the transponder can be updated and configured locally or over-the-air.

FIG. **1**A illustrates the high-level architecture of a computer system for controlling and monitoring vehicles. A plurality of vehicles **110** has at least one transponder **105** that can be tracked and allows the functionality to remotely control functionality of the vehicle **115**.

The transponder **105** connects with a plurality and any combination of communication networks. In one embodiment, such communications network is a cellular network including multiple cellular base stations **120** and service providers **135**. In another embodiment, such communications network is a cellular network including multiple cellular base stations **125** with SMS receivers **125** and service providers **140**. In another embodiment, such communications network is a satellite network including multiple satellite receivers and transmitters **130** and satellite ground stations **145**. In yet another embodiment, such communications network is a short radio communications network.

The communications network permits the transponder **105** to communicate with a backend control system **150**. The transponder **105** sends event information to backend control system **150** and responds to commands sent to the transponder **105** by the backend control system **150** through the communications network. The backend control system **150** includes a plurality of gateways **151**, **152**, **153** and **154** which interact with a codec **155**. The codec **155** is the central codifier and decodifier of the backend control system **150** and allows the backend control system to adapt and communicate with any communications network. The modular design enables the introduction of new hardware and network protocols without having to change monitoring and reporting software. The backend control system **150** also includes an asynchronous routing system **159** that allows incoming and outgoing communications to be handled asynchronously and efficiently. In one embodiment, the asynchronous routing system **159** includes a plurality of routing services **156**, at least one database **157** and a web server **158**. The messages routed by the routing services **156** are directly communicated to a client console **176**. The client console **176** presents vehicle **115** and transponder **105** information to the operator. The client console **176** sends to commands to the transponder **105** through the backend control system **150** and a communication network.

Multiple applications may connect to the central database **157** to provide further system functionality. An administrator console **175** permits operators to add, edit or delete transponder **105** information, vehicle **115** information, user information, etc. A history processor console **174** allows an operator to view reports and replay event data. An operations data processor **173** permits an operator to define geographical zones and waypoints for operation of the transponder **105**. A configuration utility **172** permits operators to easily configure transponder **105** features and functionality.

US 7,323,982 B2

9

Vehicle information can be presented to the operator through alternative mediums besides a client console **176**. In one embodiment, vehicle information can be presented to an operator through a website or an email by transmitting such information from a web server **158** to a web client **171**. In another embodiment, vehicle information can be presented to the operator by sending a text or voice messages to a predetermined wireless device **180**.

FIG. 1B illustrates the wireless connectivity of the transponder **105**. The transponder **105** receives radio signals from a GPS constellation **131** allowing the transponder **105** to process positioning information. The transponder **105** can communicate wirelessly to various networks through multiple wireless devices integrated in the transponder's **105** hardware such as short range radio **154**, a cellular receiver **120** and **125**, and a satellite **130**.

Transponder Hardware Configuration

FIG. **2** illustrates the internal board **240** of the transponder **105**. The transponder board **240** contains at least one GPS receiver **215**, at least one CPU **210**, at least one cellular modem **220**, and at least one memory module **280**. At least one Bluetooth receiver can be included in the internal board **240**. In one embodiment, the tracking system uses utilizes both cellular and satellite networks to provide the most affordable and complete global coverage.

The global positioning (GPS) receiver **215** is a capable of positioning accuracy to within a few feet or less. For example, a 12-Channel Trimble SQ, Lapaic UV40, or small-range accurate receivers are contemplated.

The processor **210** is at least a 32-bit processor. The processor **210** includes at least 32 Kilo-bytes of RAM. For example, a Motorola MMC2114 32-Bit RISC processor with two built-in UART's is contemplated. However, a similar or more advanced processor is also contemplated. The memory module **280** includes at least two additional memory chips, wherein each additional memory chip is at least 128K.

In one embodiment, the cellular receiver or cellular modem **220** is the primary means for communication. The cellular modem **220** interfaces with at least one on board processor **110**'s built-in serial ports **345** or **340** as illustrated in FIG. 3B. The cellular modem **220** may be a GSM, CDMA or similar modem. The satellite modem or transceiver **230** is external to the transponder **105** and is connected by a serial port **340**. In one embodiment, the satellite modem **230** is located under fiberglass or any other non-metal material in order to provide maximum coverage. The satellite modem **230** is primarily used only when there is little or no cellular coverage or when the user specifies use of the satellite modem **230**. The efficient use of the satellite modem **230** functions to lower the cost of the tracking system to the user. One embodiment contemplates a satellite modem **230** such as a Sky Wave DMR-200 satellite modem. Similar contemplated satellite modems include features such as a built-in omni-directional antenna, provide worldwide coverage, and efficiently interfaces with the transponder's processor **210**.

The Bluetooth receiver **215** has a range of at least 20 meters. For example, in one embodiment, a National Semiconductor Simply Blue LMX9820 Class 2 Bluetooth module is contemplated. However, similar or more advanced Bluetooth receivers are contemplated any other radio connectivity which does not require a line of sight. Preferably, the Bluetooth receiver **215** is installed to utilize different capabilities such as integrating and supporting multiple wireless peripherals, acting as a short-range radio to download data, or to serve as a local, traveling wireless "hotspot."

10

In one embodiment, the power source **135**, is a fused main power-in source with a recommended operating voltage range between 12 and 24 volts. One embodiment contemplates low power consumption (65 mA or less) during normal operation. Furthermore, the transponder **105** includes a circuitry for charging an optional backup battery. If the primary power source **135** supply reaches a minimum acceptable voltage, the transponder **105** will automatically switch to backup power as well transmit a message identifying that the power source **135** is a critical level.

The transponder **105** is a small and affordable unit with numerous features. The external view of the transponder is illustrated in FIGS. **3A** and **3B**. In one embodiment, the housing **335** of the transponder **105** is metal or made from a material that functions to protect the inner components from external events such as physical damage, dust, water, excessive temperatures or any other event which could affect the integrity of the transponder. As illustrated in FIGS. **3A**, **3B**, and **3C**, the transponder **105** contains at least two external communication ports **305** and **340**, a multiple pin connector **345** with at least nine sensor inputs **350**, at least four control outputs **355**, a modem antenna connector **300**, several indicators **315**, **320**, **325**, **330**, and a GPS antenna connector **310**. In another embodiment, a Bluetooth antenna (not depicted) is an optional feature.

The multiple pin connection **345** of one embodiment contains **20** pins. The number of pins within the transponder **105** is variable ranging from zero to as many pins as appropriate for its intended use.

At least nine of the pins function as inputs **345**. The inputs **345** function to gather information concerning the status of the article in which the transponder **105** is mounted upon. Each input can be assigned to a corresponding specific configurable event or operation. The input signal may be analog or digital. In one embodiment, each input **345** is optically isolated and protected against over-voltage/under-voltage current surges. Furthermore, each input **345** can be individually enabled or disabled either locally via a serial cable or over the air. Additionally, each input **345** is configurable over the air and locally. These inputs **345** are configurable to the specific desires and uses of the user. These capabilities are later discussed in further detail.

In one embodiment, at least one input **345** is a digital input dedicated to the ignition circuit path of a vehicle. If the input **345** is enabled, a message is transmitted when the vehicle is turned on. A second message is transmitted when the vehicle is turned off. Analog inputs are also useful in functioning with ranges. For example, an analog input can function with temperature and fuel tank levels. In one embodiment, the remaining inputs function to monitor different features of the vehicle.

Other inputs **345** may include a panic input which may be connected to an emergency button installed discreetly inside the vehicle. If the panic input is enabled and the emergency button is pressed for pre-selected, configurable amount of time, a message is transmitted relating the panic event. Similar inputs may include a medical assistance input, roadside assistance input or any other inputs which the operator may use for immediately communicating an event. These messages can be continually transmitted for a determined period of time until the message is acknowledged by the proper party or monitoring entity.

At least four of the pins in the pin connector **345** function as outputs **355**. The outputs **355** function to control mechanisms or enact functions upon the article or vehicle where the transponder **105** is mounted. Each output **355** is fused and capable of providing at least 0.5 amps per channel.

US 7,323,982 B2

**11**

However, if more than one output **355** channel is utilized the sum total of all used output channels should not exceed one amp. Each output **355** can be set high or low utilizing an over-the-air command. In one embodiment, the outputs **355** control various apparatus and objects within the vehicle itself. For example purposes only, the outputs can control the door locks, the vehicle windows, a LED signal light, the fuel tanks or valves, various relays, and other mechanisms in the vehicle. The LED signal light can function as an acknowledgement tool. For example, in the case of medical, roadside, or safety assistance is needed, the occupier or passenger of the vehicle can press a button to alert the client console **176**. When the operator or appropriate entity receives and acknowledges the event, a command is sent back to the transponder **105** that will turn on an intermittent light for a determined amount of time so that the occupier or passenger is assured the message was received and assistance is on the way. In other embodiments, such as a cargo, the outputs **355** can control various features of the cargo such as a locking mechanism, a signal light, or temperature control.

The serial ports **305** and **340** in FIGS. **3**A and **3**B illustrate at least one 9-pin serial port **340** for the purpose of interacting with, and controlling peripheral devices and at least one 4-pin serial interface **305** consisting of data in/out and two flow control lines. The external serial port **340** can support various peripheral devices such as a MDT (mobile data terminal), satellite modem, bar code scanner, short-range radio, or PDA. For example, the external serial port **340** can support a passenger counter which interfaces several door infrared motion sensors for the purpose of the counting the number of people entering or exiting from the one to four doors. The serial port **305** can also be used to test and configure applications within the transponder **105**. In one embodiment, the port **305** functions as a programming port which is used when programming the unit for the first time or re-programming the unit's core program.

The indicators **370** in FIG. **3**A can be associated with any type of connection, signal, power level, status, and any other similar communications. In one embodiment and in FIG. **3**A, indicator **330** is a LED that appears red when the transponder has power connected to it. Indicator **325** is a LED which blinks green at a rapid pace when the GPS receiver is establishing a connection and slowly blinks green when a connection is established. Indicator **320** is a LED light which blinks green for every message received and red for every message sent. Finally, indicator **315** is a LED which is red when the cellular modem is roaming and is green when it is at home.

Transponder Firmware Configuration

The transponder **105** has numerous features, functions, and capabilities described below. The transponder **105** is an intelligent device controlled by an at least 32-bit processor **110**. FIG. **2** depicts one embodiment where the processor **105** has the capability to interface with a GPS receiver **310**, a cellular modem **200**, a Bluetooth radio **220**, a memory module **180**, and a satellite modem **130**.

The transponder **105** can be configured to report, observe, and analyze numerous logical events. The transponder is also configurable to give and respond to various commands, and contains a configurable history-recording component. A further benefit of the present disclosure is that all the configurations to the transponder **105** can be done locally or over-the-air. Thus, the user is able to configure any features including the entire operating system of the transponder over the air. This over-the-air configuration can be accomplished

**12**

through use of the cellular modem **200**, the Bluetooth radio **220**, or any other wireless means.

Moreover, the transponder **105** can be configured locally through connecting to a serial port **305** or **340**. Another benefit of the present disclosure is that during over-the-air or local configuration, the transponder **105** continues to operate normally. This means the transponder **105** can be configured with losing little to no operability. Over-the-air configuration commands change the parameters used for processing physical and logical events on the fly. Over-the-air operating system updates are achieved using two executable code spaces, and a temporary code space for loading new code. Once the uploading of new code into the temporary code space is completed, the transponder reboots, copies the new code into the secondary executable code space and resumes execution with the most recent update.

FIGS. **4**A-**4**G are exemplary screen shots of the user interface for configuring the physical and logical events within the transponder in one embodiment. FIGS. **4**A-**4**G serve only as examples of a general interface which the user can interact with to configure the transponder **105**. One important feature of the present disclosure is that configuring the transponder does not require the user to know scripts or hard-coded parameters. Instead, the present disclosure includes a software application which the user can easily interface with logical windows, tabs, fields, checkboxes and radio buttons to configure the transponder.

FIG. **4**A is a screen shot of a window that interfaces with the user to configure the transponder **105**. The window **400** has at least four tabs **401** from which the user can choose. The first tab **402** directs the user to a window **400** for configuring the modem of the transponder **105**.

The second tab **403** directs the user to a window **400** where the user can configure at least 8 Inputs **345** and at least 4 outputs **355**. FIG. **4**C depicts the interface when the second tab **403** is selected. The activity level **407** of the inputs **345** can be configured to be either high or low. The outputs **355** can be configured to default to an active or inactive state at startup using the "On" field box **410**. The outputs **355** can be further configured to be associated with a LED acknowledgment **411**. The outputs **355** can be assigned to any type of control mechanism or function within the vehicle or article where the transponder **105** is mounted. For example, the outputs **355** can be assigned with a door locking mechanism in a vehicle. In this example, if Output 1 **355** in FIG. **4**C is associated with a door locking mechanism, the user could check the "On" **410** field box. When the transponder first boots, the door locks connected to output **1** would automatically lock, and would remain locked until unlocked by an over-the-air command. When an output is selected as an LED acknowledge, that output will change to an active state during an acknowledgeable priority event, and blink to off when that priority event is acknowledged by the Response Center.

The third tab **404** directs the user to a window **400** where the user can configure certain logical events. FIG. **4**D depicts the interface when the third tab **404** is selected. The logical events **412**-**420** in FIG. **4**D are exemplary only. Moreover, the present disclosure contemplates a variety of configurable logical events not depicted in FIG. **4**D. The logical events **412**-**420** selected in FIG. **4**D are individually discussed below. Each event has a corresponding field box in which the user can fill in the appropriate value.

The fourth tab **405** directs the user to a window **400** where the user can configure the inputs **345** and specific features of the transponder **105**. FIG. **4**E, **4**F, and **4**G depict the interface when the third tab **404** is selected. As stated above, each

US 7,323,982 B2

**13**

input can be assigned a corresponding event. For example, an input **345** can be assigned to the ignition of a vehicle. Thus, occurrences associated with the ignition of the vehicle are communicated and displaced as a specific Input **345**. The user has the ability to configure each input **345** and each feature **429- 445** by enabling the input or feature **424**, assigning the events as a priority event **425**, assigning one or more outputs **426** to the events, or link the occurrence of the events to a messaging sent via the cellular network **427**.

Events can be physical or logical. Physical and logical events trigger the sending of a message over the air when certain conditions are met. Most logical events are based on rules using a combination of the GPS position and one other factor such as time or speed. The event message triggered by physical and logical events includes the event message itself and such information includes latitude, longitude, speed, direction, time, state of all the inputs **345**, odometer, event reason or source, and any other relevant information. The logical events are usually software driven, calculation based, and typically draw from GPS positions. The transponder **105** is configurable to include as few or as many logical events as the user desires. One embodiment includes at least six different configurable logical events.

The first logical event of one embodiment is a feature that reports the last known location of the transponder for a specified interval of time. This time reporting **412** features is depicted in FIG. **4**D. The status report to the user may consist of other parameters such as latitude, longitude, speed, direction, time and the state of the inputs **345**. For example, FIG. **4**D shows an example where the user configured the time reporting **412** interval for 60 seconds. This means that in this scenario, the last known location status and applicable parameters are reported every 60 seconds. This time reporting feature **412** gives the user flexibility and the option to lower the cost of data transmission. FIG. **4**D also depicts an entry for Satellite Timed Reporting Interval **413**, where the same time reporting feature is applicable, only the message is transmitted via an optional satellite modem. Again, due to the typically higher costs of satellite communication, the user has the flexibility to determine how often he or she wishes to incur the cost of satellite reporting on a fixed time period.

The second logical event of one embodiment is a feature that further refines the reporting capabilities of the time reporting feature **412**. This event is depicted as Smart Time Reporting **414** on FIG. **4**D. The Smart Time Reporting **414** feature functions to transmit a report only when the vehicle has moved a pre-selected distance since the last transmitted report. FIG. **4**D shows that the Smart Time Reporting **414** feature is configurable in terms of a time interval **415** and distance **416**. Thus, a user could configure the transponder **105** to report its location and applicable parameters by selecting a timed reporting interval **415** in terms of seconds and a distance **416** in terms of meters. For example, a user could select the time reporting interval **415** for 60 seconds and the distance **416** for 1000 meters. This would mean that every 60 seconds the transponder would send a report unless the transponder **105** has not moved at least 1000 meters since the last report. This smart time reporting **414** feature allows the user to tailor the amount of reporting and the cost of data transmission.

Another contemplated reporting feature, not depicted, is a scheduled reporting features. This feature sets the transponder's reporting feature on an interval based upon a date and time reference. Thus, the user can configure the transponder to report location and the other parameters on pre-selected days and hours of the week. For example, a user could use

**14**

the scheduled reporting feature to configure the transponder to only report at 8 am, 12 pm and 4 pm on weekdays and only once per weekend day. Also not depicted is satellite scheduled reporting where the same scheduled reporting capabilities are applicable, only the message is transmitted via an optional satellite modem.

A third logical event of the one embodiment is a speeding feature. The transponder **105** can be configured to send reports dependent on the speed of the vehicle or article the transponder **105** is mounted to. FIG. **4**D shows that the user can configure the transponder **105** for at least 2 different settings concerning speed. Specifically, the user can select the excessive speed **417** and a speed filter time **420**. The excessive speed **417** is configurable for the user to select a maximum speed threshold for the vehicle or article. Thus, each time the speed threshold is exceeded, events are generated, recording when the threshold was exceed, the maximum speed reached when above the threshold and when the unit crossed below the threshold. When the transponder **105** crosses back below the threshold, the event message indicating this occurrence as well as a third message indicating the maximum speed reached during the period when the transponder **105** was above the speed threshold is transmitted. The speed time filter **420** gives the user the option to set a time period in terms of seconds to allow the vehicle or article to cross the speed threshold without sending a message. This filter also acts to make data transmission efficient. For example, the user can set the speed time filter **420** for 15 seconds which allows the vehicle to speed for 15 seconds without sending a report. This scenario is beneficial for instances when the vehicle is speeding to pass another vehicle or accelerating to merge into traffic. Similar to the other logical events, the event message also includes information such as the latitude, longitude, speed, direction, time, and state of the inputs.

A fourth logical event of one embodiment is an excessive idle feature **421**. The transponder **105** can be configured to send reports dependent on the amount of time the vehicle or article has been idle. FIG. **4**G shows that the user can configure the excessive idle **421** feature to be enabled **422**, considered a priority event **425**, assigned an output **426**, or linked to a messaging system for cellular phones **427**. The excessive idle **421** feature generates an event message whenever the maximum excessive idle time is reached. The event message records the time and location corresponding to when the threshold was exceeded. This feature is helpful to users who wish to monitor or reduce the number of vehicles which have the ignition turned on (using gasoline), but are not moving.

Geofencing

The next logical event of one embodiment is a "geofencing" or creating configurable boundaries or geographical zones feature. This feature consists of generating events when the transponder travels through waypoints and zones. A configurable boundary or geographical zone may be constructed through a combination of waypoints and/or zones. Because of this combination, the configurable boundary or geographical zone can be constructed in a very specific shape and outline specific borders or routes. A waypoint is a circular area defined by a geographical center point and radius. The area defined by the waypoint is configurable by changing the radius and the position of the geographical center point. Thus, the boundary created by the waypoints and zones is configurable.

In one embodiment, the transponder **105** is loaded with a plurality of waypoints, each waypoint defined by a coordi-

US 7,323,982 B2

15

nate and a radius. A zone can be defined by a plurality of waypoints. Thus, for example, a city can be defined by two waypoints. Using GPS data, the transponder will calculate whether it is in any of the two waypoints defining the city. If the transponder determines that it is inside one of the two waypoints, then the transponder **105** assumes that it is within the limits of the city.

A zone is an irregular region defined by a series of line segments enclosing an area. In one embodiment, each zone contains 3 to 256 or more deflection points for creating the line segments defining this irregular area. In one embodiment, this irregular area can create a configurable boundary or a geographical zone. The properties of a zone include a name, description and a flag determining if the zone is an off-limits zone or an enclosed zone.

In one embodiment, a geographical zone may be created selecting a plurality of coordinates and downloading the coordinates to the transponder **105**. The plurality of coordinates may be in the Mercator system. Next, the transponder **105** assigns each coordinate to a pixel in a pixilated image that is loaded in the transponder **105**. In order to perform the assignment, the transponder **105** utilizes logic to define a "bounding" square or box around the plurality of coordinates. Then the bounding box is pixilated and the pixels where the coordinates falls are marked as activated. Once the pixels for each coordinate are assigned, lines are extended from one pixel to the next so as to form an enclosed area in the pixilated image. The pixels the lie in the path of the lines between the activated pixels are also activated. Thus an enclosed and contiguous line of pixels is formed.

Waypoints and zones are built by the operations data processor **173**. Once a waypoint has been built, it can be used in transponder loads. Transponder loads are a collection of zones and waypoints slated to be loaded on a transponder **105**. These loads are loaded on to the transponders with the configuration utility **172**.

FIG. **4**F illustrates a screenshot of the configuration utility **172** for configuring waypoint and zone events. The configuration utility **172** allows the operator to configure the Waypoint Proximity enter feature **433**, the Waypoint exit feature **434**, the Zone Boundary enter feature **435**, and the Zone Boundary Exit feature **436**. The Waypoint Proximity enter feature **433** monitors when a waypoint has been entered, the Waypoint exit feature **434** monitors when a waypoint has been exited, the Zone Boundary enter feature **435** monitors when a zone has been entered, and the Zone Boundary Exit feature **436** monitors when a zone has been exited. FIG. **4**F and **4**G show the user interface of one embodiment where the user may enable the waypoint and zone features, assign the events as a priority event **425**, assign an output **426** to the events, or link the occurrence of the events to a messaging system for cellular phones **427**.

FIG. **5**A illustrates a pixel map **500** of a zone. After all the deflection points for a given zone are uploaded, the zone is saved in the memory module **280** of the transponder **105** in the form of a pixel map **500**. The pixel map **500** is created by first drawing a square around the entire area of the zone. The square is then divided into an 80/80-pixel map. Each pixel **505** is a square. These squares are then used to draw the outline shape **510** of the zone **515**. A geographical area is then mapped to each pixel **505** of the pixel map **500**. A position fix **520** in the pixel map **500** is mapped from the current geographical location of the vehicle.

A test is performed to for each zone for each position fix **520** in order to determine if the transponder **105** is inside the zone **515** or outside the zone **515**. Thus, for each zone **515**, the test starts with a simple check if the position fix **520** is

16

inside or outside the pixel map **500**. If the current position fix **520** is inside the pixel map **500**, a more extensive test is completed by plotting the position fix **520** inside the bounding box and drawing four lines in four directions (north, south, east and west) from the position fix **520** to the borders of the pixel map **500**. Subsequently, the number of zone boundary crossings **530** is counted for each of the four lines **525**.

Multiple boundary crossing tests are performed for accuracy. If a given line **525** crosses an odd number of zone boundaries **510**, the position fix **520** is considered inside the zone **515**. If a given line **525** crosses an even number of zone boundaries, the position fix **520** is considered outside the zone **515**. If at least three out of the four boundary crossing tests agree, the zone boundary crossings **530** are used to determine if the position fix **520** is inside or outside the zone. If three out of the four boundary tests do not agree, the position fix **520** is considered outside the zone **515**.

Position fixes **520** that are on the special locations in the pixel map **500** can yield specific location results. In one embodiment, position fixes **520** that land on a zone boundary **510** are determined to be outside the zone boundary **510**. In another embodiment, position fixes **520** that land on a zone boundary **510** are determined to be inside the zone boundary **510**. In one embodiment, position fixes **520** that land on a "long and narrow protrusion" which is only one pixel wide can be considered to always be inside the zone **515**. In another embodiment, position fixes **520** that land on a "long and narrow protrusion" which is only one pixel wide can be considered to always be outside the zone **515**.

After all the deflection points for a given zone are uploaded, the zone is saved in the memory module **280** of the transponder **105** in the form of a pixel map **500**. The pixel map **500** is created by first drawing a square around the entire area of the zone. The square is then divided into an 80/80-pixel map. Each pixel **505** is a square. These squares are then used to draw the outline shape **510** of the zone **515**. A geographical area is then mapped to each pixel **505** of the pixel map **500**. A position fix **520** in the pixel map **500** is mapped from the current geographical location of the vehicle.

FIG. **5**B illustrates a pixel map **550** of a geographical zone. The pixel map **550** is first presented to the user as a geographical map on a screen connected to a computing device. In one embodiment, the user then selects a rectangular shape **555** around the geographical area **560** that the user desires to define. In another embodiment, the user may define a customized shape. The rectangular shape is then divided into smaller rectangles such that the area of the rectangle is divided into a grid. Each pixel in the grid can be activated to be part of the geographical zone. In one embodiment, the user may activate each pixel by double-clicking on each pixel. In another embodiment, the user may select a smaller rectangular region and mark the smaller rectangular region as being part of the geographical zone **560** so that the pixels contained in the smaller geographical zone are activated. In yet another embodiment, the user may select a circular area as being part of the geographical zone **560**, and all pixels in such circular area would be activated. In another embodiment, the user may define any customized geometrical or non-geometrical shape.

Once all the desired pixels are selected by the user as being part of the geographical zone **560**, the rectangular shape **555** is mapped into a pixilated computer image. In one embodiment, the pixilated computer image contains the same number of pixels as the number of sections in the grid. The pixilated computer image can then be loaded to the

US 7,323,982 B2

17
18

transponder **105**. The transponder **105** can be programmed to determine the position of the entity with a simple calculation of whether the pixel in which the transponder's location falls is activated or deactivated. In another embodiment, the geographical zone is defined by selecting a rectangular region and a circular region. The circular region can be defined by a waypoint.

An irregular zone or geographical zone may be defined by a collection of waypoints and pixilated images. Furthermore, each irregular zone may have additional parameters such as speed threshold of the entity, flagged as a "no-fly zone," color coded in order of danger or security threat, communication enabled or disabled, etc.

When the transponder **105** enters or exits waypoints and zones, an event message is transmitted indicating what reference point or zone has been entered or exited. The event message can include latitude, longitude, speed, direction, time, state of the inputs, odometer, event reason or source, and any other relevant information. Thus, the zone boundaries and waypoints allow the user to track a vehicle or an article through configurable boundaries or geographical zones such as state borders or a specified route.

In one embodiment, the waypoint and zone events are configurable to one or more assigned outputs. Meaning, when the transponder **105** enters or exits waypoints and zones it can initiate an output. An output can consist of a LED light unit within the vehicle or article, a door locking mechanism, a fuel valve mechanism and so forth. This means that the user can configure the vehicle to lock its doors or close a fuel valve if the vehicle enters or exits a specific waypoint or zone.

Commands

The transponder **105** is also configurable to respond to various query and set commands sent over the air. The position query commands the transponder **105** to return the last valid GPS position, speed, direction, time, input state, and other relevant information. The transponder can also be configured to respond to an odometer query. Upon receiving this query command, the transponder **105** returns the last valid GPS position, speed, direction, time, input state, running odometer value, and other relevant information.

The transponder **105** is also configurable to respond to various query commands sent over the optional satellite modem. The satellite position query commands the transponder **105** to return the last valid GPS position, speed, and time. The transponder **105** can also be configured to respond to a satellite odometer query. Upon receiving this query command, the transponder **105** returns the state of its inputs and running odometer value. Examples of other forms of query commands that are sent to the transponder **105** are Input and Output Signal Query, Analog to Digital Levels Query, Passenger Count Query, Firmware Version Query, Satellite Status Query, Satellite Position and Velocity Query, Satellite Odometer and IO Query, etc.

Another optional command is the alarm acknowledgement. This command is sent to the transponder **105** to terminate the sending of a priority event (panic, medical or roadside assistance are examples of priority events). When the alarm acknowledgement is received, no further priority messages for the current event are transmitted.

In one embodiment, the command is setting a single output. This is used to change the state of an output to either active or inactive over-the-air. An example would be to unlock the back door of an armored truck when it arrives at the bank or turn on the fuel pumps for a tanker truck when it arrives at a gas station.

In another embodiment, the command may be to send a text message, from the transponder **105** through the communication network to a device configured to receive and interpret text messages.

In another embodiment, the command is a configuration command to configure functionalities of the transponder **105** as previously discussed. Examples of configuration commands include Configure Timed Reporting, Set Odometer, Upload New Firmware, Configure Excess Speed Event, Configure Excessive Idle Event, Configure Satellite Timed Reporting, Configure Power Level Critical, Configure Satellite Communication Port, Enable Event, Configure Priority Events, Enable Cellular Message, Enable Short-Range Radio Message, Assert Output Event, Configure GPS Filter, Enable Input, Set Passenger Count, Configure Smart Timed Reporting, Configure Scheduled Reporting, Configure Satellite Scheduled Reporting.

The transponder **105** also may include a history reporting component. Whenever the transponder **105** cannot transmit data packets due to a lack of coverage via the principle communication mediums, the packers are stored in one of at least two history logs on-board flash memory storage device. When the transponder determines that the communication link has been re-established, any packets stored in memory are sequentially transmitted, beginning with those messages identified as a priority. For example, emergency or roadside assistance would be a priority message which would be the first message transmitted when the connection is re-established.

In an effort to combat GPS drift, two parameters are included to filter GPS positions received from the GPS receiver. The two filters are based upon maximum allowed speed and maximum allowed acceleration. The parameters can be customized to the type of installation. If a packet is received from the GPS receiver and either of these two parameters is exceeded, the position packet is thrown out.

Backend Control System

FIG. **6** illustrates a backend control system **150**. The backend control system **150** includes a plurality of gateway systems **151-153**, a codec **155**, and an asynchronous routing system **159**. In turn, the asynchronous routing system **159**, includes a web server **156**, a plurality of router systems **620**, **622**, a real time database **630**, a history database **642**, and a fleet database **670**.

The real time database **630** maintains records of the most recent information form a transponder such as location, speed, direction, odometer reading, etc. The history database **642** maintains records of all events and transactions that were received and sent from the asynchronous routing system **159**. Finally, the fleet database **670** keeps records of all the administrative entities such as the controlled mobile and static objects to which a transponder is attached to (e.g. a vehicle), users, transponder configuration, fleets, etc.

The backend control system **150** can be configured to run on any combination of computer servers. In one embodiment, the plurality of communication gateway systems **151-153** runs on independent computer systems. In another embodiment, the communication gateways **151-153** run on a common computer system.

The communications gateway systems **151-153** direct data flow from each of the transponders **105** into the backend control system **150**. The gateway systems **151-153** also direct commands and queries to the appropriate transponder **105**. Each gateway establishes and maintains a communication link with a communications network **651-653**. In one embodiment, the gateway is a Universal Datagram Protocol/

**19**

Internet Protocol (UDP/IP) packet receiver and sender **151** which connects to an internet/cellular network **651**. There may be more than one UDP/IP gateway **151** transmitting and receiving data. The UDP/IP gateway **151** allows the backend control system **150** to communicate with transponders **105** over GSM/GPRS, CDMA/1xRTT and CDPD networks using UDP packets.

In another embodiment, the gateway system is a Short Message Peer to Peer (SMPP) gateway **152** that connects with a Short Message Service (SMS) network **652**. A plurality of SMPP gateway systems **152** transmit and receive data for transponders that communicate over SMS networks using an SMPP protocol. Each SMPP gateway system **152** opens and maintains a continuous connection to the service provider's Short Message Service Center (SMSC) for incoming data so that reception of transponder **105** data from the SMSC can be guaranteed.

In another embodiment, the gateway system is a satellite gateway **153** that connects to a satellite network **653**. As illustrated in FIG. 1A, the satellite network **653** may include one or more satellites **130** and, at least on ground station **145**. The satellite gateway **153** transmits and receives data for transponders **105** that communicate through satellite communication. In one embodiment, the satellite communication protocol may be that of Inmarsat satellites using eight-byte packets of data. The satellite gateway **153** gateway opens and maintains a continuous connection to the satellite network **653**.

The communication between the asynchronous routing system and transponders are channeled through an appropriate gateway system **151-154**. An appropriate gateway system **151-154** is selected based on a unique combination of transponder manufacturer, communications protocol and service provider. For example, a transponder **105** that uses CDPD communication would be routed through a different gateway system **151-154** than a transponder **105** that uses SMS communications protocol. Likewise, transponders **105** that use the same communication protocol such as CDPD, but have a different service provider would have separate gateways.

As the gateway system **151-153** receives each inbound packet of data, the gateway system **151-153** tags each packet with the date and time of arrival, the transponder **105** manufacturer information, the transponder's **105** address information, and repackages the packet for transmission to the codec **155**. The gateway **151-153** then writes the repackaged data into a queue **665** that is read by a codec **155**.

When the gateway system **151-153** receives an outbound packet from an outbound queue **661-664**, the gateway system **151-153** uses the address information to send the packet to the target transponder **105**. If required, the gateway system **151-153** verifies before transmission that the gateway system **151-153** has an open and valid connection to the corresponding network **651-653**. Each gateway system **151-153** has at least one corresponding outbound queue **661-663**. For example, each UDP/IP gateway **151** has at least one outbound UDP/IP queue **661**. Each SMPP gateway **152** has at least on outbound SMS queue **662**. Each satellite gateway **153** has at least one outbound satellite **663**. Each SMTP mail gateway **154** has at least one outbound SMTP queue **664**.

After a packet is placed in the inbound queue **665** the data coming from various networks is decoded into a standard data format. Likewise, before a packet is placed in an outbound queue **661-664**, the data going to different communications networks is coded from the standard data format, into a network specific format. The coding and decoding of data is carried out by the codec (coder-decoder)

**20**

**155**. The codec **155** permits the greater flexibility because the introduction of new communication network protocols is transparent to the asynchronous routing system **159**. Thus, if a new transponder model uses a new communication network protocol, the backend control system does not need to be upgraded. The system upgrades needed would be a codec **155** update and a new gateway if necessary.

When a packet comes into the asynchronous routing system **159**, each inbound packet that the codec **155** receives is first examined to determine the transponder model. If the codec **155** supports the specified transponder model, the data is translated from the transponder **105** proprietary format into the standard system format. Once the codec **155** has interpreted the data, the codec **155** then writes the data into a response queue **610**. If the codec **155** does not recognize the transponder model, the codec **155** then logs the unsupported data and emails the data to a designated system or network technician.

When a packet is sent from the asynchronous routing system **159** the codec **155** determines the transponder model to which the packet is sent. If the codec **155** supports the specified transponder model, the data is translated from the standard system format into the transponder **105** proprietary format. Likewise, if the packet is sent to another device that is not a transponder **105**, the codec determines if it supports that device, and if so, translates to the appropriate format. Once the codec **155** has interpreted and encoded the data, the codec **155** then places the packet into the queue that corresponds to the appropriate type of network communication protocol. An SMS packet data would be placed into the outbound SMS queue **662**. If the codec **155** does not support the transponder model, the codec **155** then logs the unsupported data and emails the data to a designated system or network technician.

Once a packet is processed by the codec **155**, it then gets processed depending if it is an outbound or inbound packet. Outbound packets are placed in the appropriate outbound queue **661-664**. Inbound packets are received by the asynchronous routing system **159** in a response queue **610**. The response queue **610** feeds the packets to the response router **620**. The response router **620** determines if a client console **176** is tracking the transponder **105** associated with the incoming message. If so, the response router **620** routes the incoming message to the appropriate client console **176**. Thus, the client console receives the message before any other process in the asynchronous routing system **159**. If no client console **176** is tracking the transponder **105** associated with the incoming message, the response router **620** places the incoming message into a new event queue **621**. The new event queue **620** feeds a new event router **622**. The new event router **622** analyzes each incoming message and determines if the incoming message is associated to a new priority event for the transponder **105**. The new event router **622** determines if the incoming message is associated to a new event by searching a real time database **630** for a similar event associated to the transponder **105**. If no event is recorded for the transponder **105**, or the event is of high priority, the new event router **622** sends a routing request to all client consoles **176** that have permission to view the incoming message. The request is intermittently sent until at least one client console **176** accepts the routing request. Once the routing request is accepted, the client console **176** adds the transponder **105** to an inventory in the client console **176** so that the incoming message can be handled.

Asynchronously, a history queue **640** receives the inbound and outbound messages for all transponders **105**. The inbound messages are fed from the history queue **640** to

US 7,323,982 B2

21

the history recorder 641. The history recorder 641 geocodes all packets that have a valid latitude and longitude. The geocoded information is saved in a history database 641 to be used later for reporting and statistical analysis.

Incoming messages from transponders 105 may also be forwarded to an email address, or cellular telephone, or any other communications device. To achieve this functionality, the history recorder 641 also transmits the geocoded locations to remote notify routers 681 by placing the geocoded locations in a remote notify queue 680. The remote notify router 681 that receives the geocoded location and event information queries the fleet database 670 to find out if the configuration information associated with the transponder 105 requires a notification to a communications device 177. If a notification is required, the remote notify router 681 retrieves the contact information for the appropriate communications device 177. The remote notify router 681 then formats and encodes the message sent to the communications device 177. The message is placed in the outbound SMTP queue 664 to be sent through the SMTP gateway 154. The message can be placed in the outbound SMS queue 662 to be sent through the SMPP gateway 152.

The real time database 630 is also updated with the new event information associated with the incoming message. Thus, the real time database 630 contains the latest information reported on a given transponder 105. The real time database 630 is connected to a web server 158. The web server 158 is directly connected to the internet 160 and allows users of a web tracking application 171 to make location requests, command requests 632 and report requests 633. When a web server 158 receives a location request 631 from the web tracking application 171, the web server 158 queries the history database 642. The history database 642 contains all events in a chronological order. The web server 158 retrieves all transactions related to the web tracking application 171 query and forwards the data to the web tracking application 171 for displaying in a web browser.

When a web server 158 receives a location request 631 from the web tracking application 171, the web server 158 queries the real time database 630 for the corresponding transponder 105 information. The real time database 630 provides transponder information as related to the very last incoming message from the incumbent transponder 105. The web tracking application 171 may also send a command request 632 such as querying the position of the transponder. The command request 632 is sent to the command receiver 690 which in turn process the position request command by tagging the appropriate transponder 105 information. The message is encoded by the codec 155, placed in the appropriate outbound queue 661-663 and sent through the corresponding gateway system 151-154 to the transponder 105. The transponder 105 will then send back a response, and the backend control system 150 then processes it updating the real time database 630. After the real time database 630 has been updated, the web server 631 may refresh the contents of the web tracking application 171 showing the new position of the transponder 105.

The command receiver 690 processes all commands pertaining to all outbound messages to be sent to transponders. The command receiver may receive command messages from the client consoles 176, the administrator consoles 175, or from the web server 158. When the command receiver 690 receives a command message, the command receiver 690 tags each outbound message with the correct transponder 105 address by searching a fleet database 670 and retrieving the address information. Each message is sent by the command receiver 690 to the codec 155 for encoding.

22

All of the commands that are processed by the command receiver 690 are ultimately sent remotely to the transponder 105. In one embodiment, the command is a Position Query. Upon receiving this query command, the transponder 105 returns the last valid position, speed, direction, time and input state. In another embodiment, the command is an Odometer Query. Upon receiving this query command, the mobile products return the last valid GPS position, speed, direction, time, input state, and running odometer value. In another embodiment, the command is an Input/Output Query. Upon receiving this query command, the transponder returns the last updated state of all inputs and all outputs (active/inactive). For any given input, the active state is relative to that the configuration of that input. For instance, if an input is configured to be active-low (H-L), then 0 volts at the input translates into that input being "active." If the input is configured to be active high (L-H), then 12/24 volts at the input translates into that input being "active." In another embodiment, the command is a Time Report Set and/or Home IP. This command is sent to the transponders to configure the reporting interval for the Timed Reporting feature of the firmware. This command can also be used for setting the transponder's destination IP/MIN address. This command allows the transponders can be reconfigured over-the-air to transmit to a new control center or home address if the IP/MIN address of the control center or home address changed. In another embodiment, the command is Set All Outputs. This command is sent to the transponder to set all outputs simultaneously. Any individual output can be either high or low. In another embodiment, the command is Set Single Output. This command is sent to the mobile products to set one individual output either high or low. In another embodiment, the command is Enable/Disable Inputs and Events. This command is sent to the transponders to enable/disable all known transponder features. Both physical and logical events can be individually enabled and/or disabled. While the physical and logical events can be disabled, the ability to query the transponder for its location and status can remain enabled. In another embodiment, the command is an Alarm Acknowledgment. This command can be sent to the transponder to terminate the sending of an emergency event such as panic, roadside assistance, or medical assistance. When the alarm acknowledgement is received, no further emergency messages for the current event are transmitted from the transponder 105.

The asynchronous routing system 159 interacts with various control consoles. Reporting consoles 174 connect to the fleet database 670 to display fleet information. Administrator consoles 175 also connect to the fleet database to retrieve transponder, vehicle, and user information. Administrator consoles 175 also connect to the command receiver 691 to send commands to the transponder 105. Operations data processors 173 connect to the fleet database 670 in order to retrieve configuration information for a specific user or transponder 105. Finally, the client console 176 receives information for a tracked transponder 105 from the response router 620, receives information for a non-tracked transponder from a new even router 621, and retrieves information from the fleet database 670. The client console also transmits command to a transponder 105 by sending the command to the command receiver 691.

Management Software

FIG. 7A illustrates a screenshot of an instance of the client console 176. The client console 176 provides real-time transponder 105 location mapping, location tracking, transponder control and transponder message/event handling.

23
24

In one embodiment, the client console **176** connects to map databases and transponder databases by configuring multiple parameters. Such parameter can include path definition for the console map sets **710**, any custom data sets **711**, map information display symbols **712** and console operating procedures **713**. The Settings are maintained in the system registry and recalled at program load. In another embodiment, the client console **176** provides the ability to configure mapping parameters used by the client console **176**. The client console **176** also provides with the ability to define the console location, default zoom levels when displaying the various program-generated maps, the map set to be used and whether or not street locations are displayed when mapping a location. FIG. **7**B illustrates a screenshot of an instance of the client console **176**. A graphical user interface allows maps to be displayed on the client console **176**. In one embodiment, the client console **176** displays all available transponders on one master map. In another embodiment, the client console **176** allows a user to view transponders by groups **721** or individually **720**. In another embodiment, the client console allows a user to view all transponders that come within an area **722** displayed by the map. In another embodiment, the client console **176** allows a user to view all transponders that are within a waypoint. In another embodiment, the client console **176** allows a user to view all transponders that are within a zone.

The client console **176** allows a user to employ a variety of mapping tools to help manage transponder **105** location processing. Provided tools include map zoom in/out, map pan, map feature label, map ruler, map location at selected point, map legend, center map on selected point, find a map feature and center map on it, display information for a selected custom dataset element, display information for a selected transponder, display information for a standard map feature and print the displayed map.

Further, the displayed map uses color-coding for both location symbol and location identification to indicate special conditions relating to the transponder **105**. Special situations that are color-coded include transponder moving, transponder stopped, transponder not reporting, transponder location is old and transponder has a priority message active.

As illustrated by FIG. **7**C, the client console **176** can generate a user-operating log that includes all messages received by the console **740**, commands sent by the console **741** and key events **742** that occur during console operation. In another embodiment, the generated log is interactive such that a user can append a free form remark to the event log and to recall and view the event log for any selectable time period. In another embodiment, the client console **176** provides the ability to generate a summary list of the assigned transponder inventory and the current real-time status of a selected transponder.

FIG. **7**D illustrates a screenshot of the client console **176** with a generated list displaying a transponder summary table **750** and a master map **751**. The client console also allows the user to view a chronological listing of all messages **752** received at the client console **176** and all commands **753** transmitted from the client console **176** to the transponder **105**.

The transponder summary table **750** displays all transponder information and is updated in real time as the transponder reports to the client console **176**. The transponder data shown are the data corresponding to the transponders belonging to the inventory of a user. The transponder summary table **750** uses icons and color-coding to alert the user to special conditions. Special situations that are color-coded include transponder moving, transponder stopped,

transponder not reporting, transponder location is old and transponder has a priority message active. In another embodiment, the user has the ability to find any item in the transponder summary table **750**, select which columns are visible and to sort the table according to selectable sort types and sort orders for up to three columns.

In another embodiment, the client console **176** provides a user the ability to select an item in the transponder summary table **750** and perform an operation that is related to the selected item or its group. For example if a transponder is selected, various operations related to the transponder may include adding the transponder to the master map, removing the transponder from the master map, creating a group map, creating an individual map, centering the map on the selected transponder location, viewing the input/output/and event states for the transponder, setting the message notification mode for the transponder, viewing an information screen that contains detailed information from the master database pertaining to the transponder and viewing any supplementary information contained in the location data packet that is not otherwise displayed.

In another embodiment, the client console **176** provides a user the ability to select a transponder in the transponder summary table **750** and send a command/query to the selected transponder. The command/query list available to the user is dependent on the user's profile in the master system database. In another embodiment, the command is sent from a web based client console such as the web tracking application **171**.

In another embodiment, the client console **176** provides a user the ability to receive popup alert notification, including a sound cue, whenever a message event, a standard event or priority event is received at the client console **176**. Notification modes may be enabled or disabled for each transponder. In one embodiment, the notification modes are configured in the fleet database **670**. In another embodiment, the notification modes are configured locally in the client console **176**. When a priority message is received, the user has the ability to cancel the message, switch reporting to the emergency mode, or continue to use the standard reporting mode. The transponder summary table **750** displays priority messages with a special icon under the transponder identification column.

FIG. **8** illustrates a screenshot of an instance of the administrator console **175**. The administrator console **175** allows the creation and maintenance of client configurations. The administrator console **175** updates the fleet database **670**. As FIG. **7**B illustrates, the administrator console **175** allows access to each fleet by displaying displays a list of fleets **820**. Each fleet may be accessed to view and manage all the vehicles associated to the selected fleet. A list of vehicles **821** are associated with each fleet in the list of fleets **820**. Each vehicle in the list of vehicles **821** has a corresponding list of transponders **822**, passengers **823** and operators **824**. Each transponder in the list of transponders **822** may be selected for configuration. Likewise, the list of operators **824** may be selected to add, edit or delete an operator. The list of passengers **823** may be selected to add, edit or delete a passenger for the corresponding vehicle.

FIG. **9**A illustrates a screenshot of an instance of the operations data processor **173**. The operations data processor **173** allows to create maintain zones, waypoints and transponder loads for the transponder **105**. Zones, waypoints and sites are created and maintained with a point-and-click mapping interface as illustrated by FIG. **9**A. The graphical interface provided by the operations data processor **173** displays a map **910** of the area where a waypoint **920** is to

US 7,323,982 B2

25

26

be installed. In one embodiment, the graphical interface allows to expand or reduce the radius **930** around the waypoint. In another embodiment, the radius information is entered by typing the number on a given field of the graphical user interface. The operations data processor **173** allows to maintain a list of waypoints **940** and view each waypoint **920** in a the corresponding map **910**.

FIG. **9**B illustrates a screenshot of an instance of the operations data processor **173**. The graphical interface provided by the operations data processor **173** displays a map **910** of the area where a zone **950** is to be delineated. The zone **950** is defined by deflection points **951** and the lines that connect the deflection points **951**. The deflection points **951** may be indicated by clicking on the map **910**. A list of zones **960** are also displayed by the operations data processor **173**, along with a collection of deflection points **970**. Each zone **950** can be edited by changing the deflection points **951**.

FIG. **9**C illustrates a screenshot of an instance of the operations data processor **173**. The graphical interface provided by the operations data processor **173** displays a window to configure transponder loads. A transponder load is a collection of zones and waypoints to be loaded to a transponder. Each client edits a collection of transponder loads. The transponder loads are later downloaded to each transponder **105** according to the configuration in the fleet database **670**. A load is configured by selecting a client **980**, and selecting the desired waypoints **981** and zones **982** that were defined by the client **980**. The waypoints **981** and zones **982** selected are those that will later be downloaded to the transponder **105**.

FIG. **10**A illustrates a screenshot of an instance of the history data processor **173**. The history data processor **173** permits the retrieving and mapping historical data and events associated with selected vehicles and transponders. The graphical user interface displays an interactive map **1010** and the geographical points **1020** where an event occurred. In one embodiment, the history data processor **173** allows the user to click on each geographical point **1020** and see the event information **1030** reported at that geographical point **1020**. In another embodiment, the history data processor **173** allows the user to select a group of geographical points **1020** and replay the history of a transponder or of a vehicle along the selected geographical points **1020**. In another embodiment, the history data processor **173** allows the user to select all geographical points **1020** and replay the history of a transponder or of a vehicle along the selected geographical points. In one embodiment, the history replay will replay the movement of the vehicle according to the streets traveled, the direction, and the speed. In another embodiment, as the history of the vehicle is replayed, the event information **1030** is displayed for every geographical point **1020** reached.

In another embodiment, the history replay can replay the history according to selected period. In another embodiment, the history replay can replay the history as related to a selected waypoint **920**. In another embodiment, the history replay can replay the history as related to a selected zone **950**.

FIG. **10**B illustrates a screenshot of an instance of the history data processor **173**. The history data processor **173** also permits the retrieving and reporting mapping historical data and events associated with selected vehicles and transponders. In one embodiment, a graphical user interface form a computer application displays a list of available reports **1040**. In another embodiment, a graphical user interface in a web browser displays a list of available reports **1040**. Once an item in the list of available reports **1040** is selected, the report **1050** is displayed to the user. Each report **1050** is configurable to be generated based on multiple parameter options such as a time period, types of events, types of transponders, a specific transponder, a specific zone, a waypoint, types of vehicles, a vehicle, etc.

FIG. **11** illustrates a screenshot of an instance of a disable transponder processor **1100**. The disable transponder processor **1100** allows an accounting department to disable transponders **105** for nonpayment and enable them at the time of subscription or when payment is made. In one embodiment, a disable transponder processor **1100** can be connected to the accounting processing data exchange **177**. In another embodiment the disable transponder processor **1100** can be a stand-alone application installed on computer systems used by an accounting department. In another embodiment the disable transponder processor **1100** can be a web application accessible only by members of an accounting department.

The disable transponder processor **1100** provides a list of transponders **1110** that are disabled, and a list of transponders that are enabled. If a user disbles or enables a transponder **105**, the transponder configuration **105** is updated in the fleet database **670** and is also sent to the command receiver **690** for processing. The command receiver **690** sends a message to the transponder **105** to turn off its functions.

While the above description contains many specifics, these should not be construed as limitations on the scope of the disclosure, but rather as an exemplification of one embodiments thereof.

The method and system described above contemplate many applications of the present disclosure. The present disclosure includes a system which has the capability to control and monitor a moving object or a static object prone to be moved. The object can be many things such as vehicle, aircraft, airborne items, animals, persons, cargo, specialized and/or volatile cargo such as chemicals, weapons, or hazardous materials. In addition, fragile cargo can include, but is not limited to items such as, medicine, patients, organs for donation, where monitoring parameters such as temperature, pressure, humidity, blood pressure, ekg, and other conditions are critical to the integrity of the item. Another climate-sensitive object for which tracking, monitoring and local control is beneficial includes produce and perishable goods. For example, the transponder could monitor humidity and have the ability to control the amount of moisture in cargo containing perishable items that are susceptible to humidity. Moreover, these objects can include any other item where tracking its movement and/or location is beneficial. A transponder can be mounted, attached, manufactured, or otherwise included upon or within these various articles. The transponder is contemplated to be of many different sizes including nano- and/or micro scale-transponder. Within the context of the tracking system, the transponder works to collect, process, and communicate various information about the article or vehicle the transponder is attached to. Furthermore, when requested, the transponder can issue various commands and instructions to the local article or vehicle. These commands or instructions to the local article or vehicle are contemplated to include any command that can change, alter, or enhance, the mechanism, the function, the structure or the composition of the article or vehicle. For example, a medical application of the present disclosure contemplates a transponder with the ability to monitor a patient's vital signs. The transponder can be hardwired or hooked up to intravenous tubes, medical machines, and

**27**

other medical equipment. Thus, for example, the user is capable of remotely administering medicine by commanding the transponder to perform the function. Furthermore, a change in vital signs could send an event message to the transponder where the transponder could send a message to a response center or directly to a cellular phone of the patient's physician or to a plurality of cellular phones, such as to family members, for example.

Additional applications and situations include military applications where it is necessary to not only track and monitor a vehicle or person, but where it is also beneficial to be able to control functions on the vehicle or person. For example, it may be desired to control the firing ability of a military vehicle, or control similar functions once the vehicle enters a certain territory or turn off certain capabilities once the vehicle enters a peaceful zone. Similarly, an additional application to aircrafts and airborne items considered. The transponder would have the same capabilities; however, the transponder could position based upon on a 3-D point in space, not merely longitude and latitude. Naturally, each one of these applications remains configurable and controllable over-the-air.

Furthermore, the disclosure includes any combination or subcombination of the elements from the different species and/or embodiments disclosed herein. One skilled in the art will recognize that these features, and thus the scope of this disclosure, should be interpreted in light of the following claims and any equivalents thereto.

We claim:

**1**. A method to wirelessly control an entity having an attached transponder, comprising:

loading from a computing device to a transponder's memory a plurality of coordinates;

programming a microprocessor of the transponder to define a geographical zone by creating an enclosed area on a pixilated image using said plurality of coordinates, wherein said enclosed area is representative of a geographical zone;

programming the microprocessor in the transponder to determine the occurrence of an event associated with a status of the entity in relation to the geographical zone; and

configuring the microprocessor to execute a configurable operation if the event occurs.

**2**. The method of claim **1**, wherein the status of the entity is based upon movement of the entity.

**3**. The method of claim **1**, wherein the status of the entity is based upon position of the entity.

**4**. The method of claim **1**, wherein the status of the entity is based upon non-movement of the entity.

**5**. The method of claim **1**, wherein said geographical zone represented in the pixilated image is formed by assigning each coordinate to a pixel and configuring the distance between each assigned pixel.

**6**. The method of claim **5**, wherein said enclosed area is created by connecting a plurality of assigned pixels by lines, wherein a series of contiguous and connected lines enclose an area in the pixilated image and wherein said pixels that lie on the lines are turned on in order to form a contiguous array of pixels that enclose a shape in the pixilated image.

**7**. The method of claim **1**, wherein the entity is a vehicle, a vessel, a craft, a boat, a helicopter, or a plane.

**8**. The method of claim **1**, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the

**28**

entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

**9**. The method of claim **1**, wherein the configurable operation is turning on an ignition to the entity, turning off the ignition to the entity, increasing speed of the entity, decreasing speed of the entity, regulating the engine temperature level, regulating the internal temperature level, locking a door or latch of the entity, unlocking of a door or latch of the entity, opening a window of the entity, closing of a window of the entity, turning on a light indicator, change tire air pressure, turning on an alarm, or turning off an alarm.

**10**. The method of claim **1**, wherein the occurrence of an event is determined by receiving electrical inputs by the microprocessor and utilizing computational logic to calculate whether logical conditions are fulfilled based on the electrical inputs.

**11**. The method of claim **1**, wherein the occurrence of an event is determined by utilizing computational logic to calculate whether logical conditions are fulfilled.

**12**. The method of claim **1**, wherein the step of programming the microprocessor in the transponder to determine the occurrence of an event comprises electrically connecting the microprocessor to at least one electrical input associated to the entity.

**13**. The method of claim **12**, wherein the at least one electrical input connects to an ignition of the entity, an speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity.

**14**. The method of claim **1**, wherein the transponder is configurable wirelessly using a wireless communications network.

**15**. The method of claim **1**, further comprising communicating at least one event message from the transponder to a central computer using a communications network, the at least one event message including data representative of the occurrence of the event.

**16**. The method of claim **15**, wherein the communications network is a cellular communications network, satellite communications network, short range radio or a short message service network.

**17**. The method of claim **15**, wherein the event is the entity leaving an area covered by a communications network.

**18**. The method of claim **15**, wherein the event is the entity entering an area covered by a communications network.

**19**. The method of claim **15**, wherein the configurable operation is switching communication from a first communications network to a second communications network.

**20**. A method to wirelessly control an entity having an attached transponder, comprising:

defining a geographical zone using a plurality of waypoints, wherein each waypoint is defined by a geographical coordinate and a radius originating from the geographical coordinate;

loading from a computing device to the transponder's memory a plurality of waypoints;

programming a microprocessor in a transponder to determine the occurrence of an event associated with a status of the entity in relation to the geographical zone; and

configuring the microprocessor to execute a configurable operation if the event occurs.

**21**. The method of claim **20**, wherein the status of the entity is based upon movement of the entity.

**22**. The method of claim **20**, wherein the status of the entity is based upon position of the entity.

**23**. The method of claim **20**, wherein the status of the entity is based upon non-movement of the entity.

**24**. The method of claim **20**, wherein the geographical coordinate is represented by a latitude and longitude, and the radius is represented by a distance magnitude.

**25**. The method of claim **24**, wherein the transponder can determine whether the transponder is inside or outside the geographical zone by obtaining global positioning coordinates, and calculating whether or not the global positioning coordinates are inside at least one waypoint of the plurality of waypoints.

**26**. The method of claim **24**, wherein the shape of the geographical area is a street route.

**27**. The method of claim **24**, wherein shape of the geographical area is the shape of a non-geometrical shape.

**28**. The method of claim **24**, wherein the waypoints in the plurality of waypoints have the same coordinate but different radii, such that all the waypoints in the plurality of waypoints are concentric.

**29**. The method of claim **20**, farther comprising executing the configurable operation if the microprocessor determines that the event has occurred.

**30**. The method of claim **20**, wherein the entity is a vehicle, a vessel, a craft, a boat, a helicopter, or a plane.

**31**. The method of claim **20**, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

**32**. The method of claim **20**, wherein the configurable operation is turning on an ignition to the entity, turning off the ignition to the entity, increasing speed of the entity,

decreasing speed of the entity, regulating the engine temperature level, regulating the internal temperature level, locking a door or latch of the entity, unlocking of a door or latch of the entity, opening a window of the entity, closing of a window of the entity, turning on a light indicator, change tire air pressure, turning on an alarm, or turning off an alarm.

**33**. The method of claim **20**, wherein the occurrence of an event is determined by receiving electrical inputs by the microprocessor and utilizing computational logic to calculate whether logical conditions are fulfilled based on the electrical inputs.

**34**. The method of claim **20**, wherein the occurrence of an event is determined by utilizing computational logic to calculate whether logical conditions are fulfilled.

**35**. The method of claim **20**, wherein the step of programming the microprocessor in the transponder to determine the occurrence of an event comprises electrically connecting the microprocessor to at least one electrical input associated to the entity.

**36**. The method of claim **35**, wherein the at least one electrical input connects to an ignition of the entity, an speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity.

**37**. The method of claim **20**, wherein the transponder is configurable wirelessly using a wireless communications network.

**38**. The method of claim **20**, further comprising communicating at least one event message from the transponder to a central computer using a communications network, the at least one event message including data representative of the occurrence of the event.

**39**. The method of claim **38**, wherein the communications network is a cellular communications network, satellite communications network, short range radio or a short message service network.

**40**. The method of claim **38**, wherein the event is the entity leaving an area covered by a communications network.

**41**. The method of claim **38**, wherein the event is the entity entering an area covered by a communications network.

**42**. The method of claim **38**, wherein the configurable operation is switching communication from a first communications network to a second communications network.

**43**. A method to wirelessly control an entity having an attached transponder, comprising:

using a computing device to identify a geometrical area using at least two coordinate attributes, wherein said geometrical area is divided into a grid having at least one section;

defining a geographical zone by selecting within the grid the at least one section representative of a desired area and correlating at least one section into a pixilated computer image by associating at least one section to a pixel;

loading said pixilated computer image into a memory of the attached transponder;

programming a microprocessor in the attached transponder to determine the occurrence of an event associated with a status of the entity in relation to the geographical zone; and

configuring the microprocessor to execute a configurable operation if the event occurs.

**44**. The method of claim **43**, wherein the status of the entity is based upon movement of the entity.

US 7,323,982 B2

31

**45**. The method of claim **43**, wherein the status of the entity is based upon position of the entity.

**46**. The method of claim **43**, wherein the status of the entity is based upon non-movement of the entity.

**47**. The method of claim **43**, wherein the entity is a vehicle, a vessel, a craft, a boat, a helicopter, or a plane.

**48**. The method of claim **43**, wherein the event is leaving a geographical zone, entering a geographical zone, turning on an ignition to the entity, turning off the ignition to the entity, change of speed of the entity, change of temperature of an engine of the entity, change of internal temperature of the entity, change of fuel level in a fuel tank of the entity, locking of a door or latch of the entity, unlocking of the door or latch of the entity, opening a window of the entity, closing a window of the entity, opening a door of the entity, closing of a door of the entity, pushing a button connected to the entity in relation to an emergency, reaching a predetermined distance traveled, reaching a predetermined time traveled, reaching a predetermined time, reaching a predetermined date, reaching a maximum speed threshold, reaching a maximum time permitted to maintain a status of being over the speed threshold, reaching a maximum a acceleration threshold, reaching maximum length of idle of a vehicle, change of the power level of the battery, a bar code scanned by a connected scanner, passenger loading or unloading, cargo loading or unloading, vehicle part malfunction, vehicle diagnostics code received, impact detected, airbag deployed, seatbelts latched, seatbelts unlatched, or change of tire air pressure.

**49**. The method of claim **43**, wherein the configurable operation is turning on an ignition to the entity, turning off the ignition to the entity, increasing speed of the entity, decreasing speed of the entity, regulating the engine temperature level, regulating the internal temperature level, locking a door or latch of the entity, unlocking of a door or latch of the entity, opening a window of the entity, closing of a window of the entity, turning on a light indicator, turning on an alarm, or turning off an alarm.

**50**. The method of claim **43**, wherein the occurrence of an event is determined by receiving electrical inputs by the microprocessor and utilizing computational logic to calculate whether logical conditions are fulfilled based on the electrical inputs.

32

**51**. The method of claim **43**, wherein the occurrence of an event is determined by utilizing computational logic to calculate whether logical conditions are fulfilled.

**52**. The method of claim **43**, wherein said geometrical area is rectangular and is divided into a plurality of rectangles.

**53**. The method of claim **43**, wherein said geometrical area is circular and is divided into a plurality of sections.

**54**. The method of claim **43**, wherein the step of programming the microprocessor in the transponder to determine the occurrence of an event comprises electrically connecting the microprocessor to at least one electrical input associated to the entity.

**55**. The method of claim **54**, wherein the at least one electrical input connects to an ignition of the entity, an speedometer, a thermometer, a fuel measuring device, a lock control device, a door latch, an emergency button, an infrared sensor, or a passenger counter, or an odometer in the entity.

**56**. The method of claim **55**, wherein the transponder is configurable wirelessly using a wireless communications network.

**57**. The method of claim **43**, further comprising communicating at least one event message from the transponder to a central computer using a communications network, the at least one event message including data representative of the occurrence of the event.

**58**. The method of claim **57**, wherein the communications network is a cellular communications network, satellite communications network, short range radio or a short message service network.

**59**. The method of claim **57**, wherein the event is the entity leaving an area covered by a communications network.

**60**. The method of claim **57**, wherein the event is the entity entering an area covered by a communications network.

**61**. The method of claim **57**, wherein the configurable operation is switching communication from a first communications network to a second communications network.

*   *   *   *   *

# EXHIBIT B

**Patent Claims Analysis**

**of**

**US7323982: "Method and system to control movable entities"**

**against**

**Roadie, Inc. (a UPS company)**

---

## US7323982B2

United States

Inventor          Houston Staton, James Ashley, Sr., James Ashley, Jr., Frank Mooney, Patrick Mooney,

Edward Lang, Charles Maggs, German Santos

Current Assignee   Wirelesswerx Ip LLC

---

Worldwide applications

2005 US US US CN CN CN 2007 US US 2008 HK 2011 US JP 2013 JP 2014 US 2016 US

---

| 11/105,932 | Claims priority from a provisional application | 60/625,467 | 11/05/2004 |
|---|---|---|---|

---

Total patentTerm Adjustments

arrow_upward

260days

CLAIMS

1. A method to wirelessly control an entity having an attached transponder, comprising:

loading from a computing device to a transponder's memory a plurality of coordinates;

programming a microprocessor of the transponder to define a geographical zone by creating an enclosed area on a pixilated image using said plurality of coordinates, wherein said enclosed area is representative of a geographical zone;

programming the microprocessor in the transponder to determine the occurrence of an event associated with a status of the entity in relation to the geographical zone; and

configuring the microprocessor to execute a configurable operation if the event occurs.

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method to wirelessly control an entity having an attached transponder, comprising: | *UPS* has a method called **"Roadie"** to wirelessly control an entity having an attached transponder.<br><br><br><<https://www.ups.com/us/en/ups-roadie.page>> @ 2024 |
| 1.1 | loading from a computing device to a transponder's memory a plurality of coordinates; | *Plaintiff contends that UPS loads from a* **computing device** *["server"] to a* **transponder's** *[smartphone] memory a plurality of* **coordinates** *["locations"].*<br><br>*For example, UPS transfers a set of location coordinates from a server to a smartphone's memory, allowing the device to store these locations.*<br><br>500    Internal Server Error    There was an internal problem with our server. Try again later.<br><<https://docs.roadie.com/#status-codes>> @2024 |



<<https://www.ups.com/us/en/ups-roadie.page>> @ 2024

Blocks with multiple pickup <u>locations</u> or senders: Since you'll be picking up at multiple locations, you'll be able to tap "Start Block" once you <u>enter the zone mapped out in the app.</u> Some Gigs may have delivery locations outside the zone. If that occurs, please re-enter the zone after delivery to continue your Block.

<<https://support.roadie.com/support/s/article/Roadie-Blocks-Frequently-Asked-Questions>> @2024

| 1.2 | programming a microprocessor of the transponder to define a geographical zone by creating an enclosed area on a pixilated image using said plurality of coordinates, wherein said enclosed area is representative of a geographical zone; | *Plaintiff contends that* UPS *programs a* **microprocessor of the transponder** *[*<u>**smartphone**</u>*] to define a* **geographical zone** *[*<u>**"enter the zone mapped out in the app"**</u>*] by creating an enclosed area on a* **pixilated image** *[*<u>**image of the map**</u>*] using said plurality of* **coordinates** *[*<u>**"locations"**</u>*], wherein said enclosed area is representative of a* **geographical zone** *[*<u>**"enter the zone mapped out in the app"**</u>*].*<br><br>*For example, UPS programs a smartphone's microprocessor to define a geographical zone by creating an enclosed area on a map using specific location coordinates. This enclosed area represents a defined zone that is mapped out in the app.* |



<https://www.ups.com/us/en/ups-roadie.page> @ 2024

Blocks with multiple pickup locations or senders: Since you'll be picking up at multiple locations, you'll be able to tap "Start Block" once you enter the zone mapped out in the app. Some Gigs may have delivery locations outside the zone. If that occurs, please re-enter the zone after delivery to continue your Block.

<https://support.roadie.com/support/s/article/Roadie-Blocks-Frequently-Asked-Questions> @2024



| | | |
|---|---|---|
| | | <*https://play.google.com/store/apps/details?id=com.roadie.drive.android.app*> @2024 |
| 1.3 | programming the microprocessor in the transponder to determine the occurrence of an event associated with a status of the entity in relation to the geographical zone; and | *Plaintiff contends that* UPS *programs the* **microprocessor in the transponder** [**smartphone**] *to determine the* **occurrence of an event** [**"when a Gig has been created near you"**] *associated with a* **status of the entity** [**"indicating your status"**] *in relation to the* **geographical zone** [**"enter the zone mapped out in the app"**].<br><br>*For example, UPS programs the smartphone's microprocessor to detect when an event, such as the creation of a new gig nearby, happens. This detection is based on the user's status in relation to a geographical zone mapped out in the app.*<br><br><br><br><*https://www.ups.com/us/en/ups-roadie.page*> @ 2024<br><br>You can enable your notification preferences to <u>receive alerts when a Gig has been created near you</u>. We'll send you alerts for Gigs that are similar to Gigs you've offered on in the past, as well as any Gigs that pop up on longer distance routes that you've set up through the app.<br><br>You can log into the Roadie app to see if you're on the waitlist. If your account is active, you'll see a map where you can browse available Gigs. If you're on the waitlist, you'll see a notification screen <u>indicating your status</u>.<br><*https://support.roadie.com/support/s/article/It-Says-I-m-on-a-Waitlist-What-Does-That-Mean*> @ 2024 |
| 1.4 | configuring the microprocessor to execute a configurable operation if the event occurs. | *Plaintiff contends that* UPS *configures the* **microprocessor** [**smartphone**] *to execute a* **configurable operation** [**"receive alerts"**] *if the* **event** [**"when a Gig has been created near you"**] *occurs.*<br><br>*For example, UPS programs the smartphone's microprocessor to perform a specific action, like sending alerts, if an event occurs, such as when a new gig is created near the user.* |



<https://www.ups.com/us/en/ups-roadie.page> @ 2024